# EXHIBIT A



1 3D View 4



2 3D View 3

| DRAWING SCHEDULE | | |
|---|---|---|
| SHEET | NAME | SHEET ISSUE DATE |
| A0.0 | COVER | 2/11/2024 |
| A.01 | GENERAL INFORMATION | 2/11/2024 |
| A.04 | 1ST FLOOR PLAN | 2/11/2024 |
| A.05 | 2ND FLOOR PLAN | 2/11/2024 |
| A.06 | ROOF PLAN | 2/11/2024 |
| A.07 | ELEVATIONS | 2/11/2024 |
| A.08 | ELEVATIONS | 2/11/2024 |
| A.09 | 3D VIEWS | 2/11/2024 |
| A.10 | BUILDING SECTIONS | 2/11/2024 |
| A.11 | WALL SECTION | 2/11/2024 |
| E.01 | ELECTRICAL PLANS | 2/11/2024 |
| S1.01 | GENERAL NOTES | 2/11/2024 |
| S1.02 | FRAMING NOTES | 2/11/2024 |
| S2.01 | FOUNDATION PLAN | 2/11/2024 |
| S2.02 | FRAMING PLANS | 2/11/2024 |
| S2.03 | FRAMING PLANS | 2/11/2024 |
| S3.01 | WIND DESIGN PRESSURES | 2/11/2024 |

# 21619 DOLPHIN AVENUE

**BAY COUNTY, FLORIDA**

2/13/2024 6:56:33 PM


architect of record :

Architect FL - AR99272
Architetti Firenze - 5773

ADESSI

1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665

www.AntonioAdessi.Com


seal:

STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name

21619 DOLPHIN AVENUE

project address:

21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:

35778-000-000

ISSUE DATE: 2/11/2024
PROJECT NO: 1409
DRAWN BY: JAB
CHECKED BY: AA
SCALE:

| Issued for: | Date |
|---|---|

Revision Schedule

COVER

A0.0

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT. : ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECT'S WRITTEN CONSENT.

P.O. BOX 401
1142 PERA ROAD
SAMSON, ALABAMA 36477

Z'S LAND SURVEYING AND MAPPING, INC.

PHONE No. 850-579-2315
CELLULAR No. 850-573-0941
zanniewhite@yahoo.com

BOUNDARY SURVEY WITH LOCATION OF VISIBLE FIXED IMPROVEMENTS




CERTIFIED TO:
1). SALT LUXURY BUILDS, LLC, A FLORIDA LIMITED LIABILITY COMPANY
2). SETCO SERVICES, LLC
3). FIDELITY NATIONAL TITLE GROUP

DESCRIPTION:

LOT 8, RIVIERA BEACH FIRST ADDITION, ACCORDING TO THE MAP OR PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA IN PLAT BOOK 9, PAGE 28.

LEGEND:
- =1/2" I.R. FD., W/ NO I.D. No
- =5/8" I.R. FD., L.S. No. 5521
- =5/8" I.R. FD., L.S. No. 3257
- =5/8" I.R. FD., L.B. No. 2372

ORDERED BY: ADAM REID
JOB No. 09-11-23z SURVEY DATE: 11/9/23
DRAWN BY: Z.T.W. FIELD BOOK No. FILE PAGE No. FILE
BEARING REFERENCE: THE S. R/W LINE OF SUNSET AVENUE FROM F.D.O.T. NETWORK GRID BEARING (S 87°22'53" E)
FLOOD ZONE: "X" FIRM PANEL No. 12005C0164H PANEL DATE: 6/2/09
ELEVATION REFERENCE N/A
REVISED:

THIS SURVEY IS VALID FOR THE USE OF THE PARTIES INDICATED HEREON FOR THE CURRENT TRANSACTION ONLY AND IT IS PROHIBITED TO COPY AND/OR REUSE THIS SURVEY FOR THE BENEFIT OF OTHER PARTIES AND/OR TRANSACTIONS. THIS SURVEY SHALL NOT BE USED IN CONJUNCTION WITH ANY OWNER'S AFFIDAVITS AND SHALL NOT BE USED FOR TRANSACTIONS LATER THAN ONE YEAR FROM THE DATE OF THIS SURVEY.

ABBREVIATIONS THAT MAY APPEAR ON THIS MAP: B.S.B.L.= BUILDING SET BACK LINE ° = DEGREES ' = MINUTES OR FEET " = SECONDS N.= NORTH R/W = RIGHT OF WAY R = RADIUS E.= EAST S.= SOUTH W.= WEST T.= TOWNSHIP RGE.= RANGE P.O.C.= POINT OF COMMENCEMENT RES.= RESIDENCE CONC.= CONCRETE I.R.= IRON ROD I.P.= IRON PIPE A = ARC LENGTH O.H.U. = OVERHEAD UTILITY LINES A.C. = AIR CONDITIONER P.O.B.= POINT OF BEGINNING = LINE NOT DRAWN TO SCALE G.L.O. = GENERAL LAND OFFICE C = CHORD LENGTH D = DELTA ANGLE B = CHORD BEARING L.S.= FL. LAND SURVEYOR L.B.= LISCENSURE BOARD ( ) = RECORD CALL; OR RECORD CALL WHEN RECORD AND MEASURED ARE DIFFERENT E/P = EDGE OF PAVEMENT C.M. = CONCRETE MONUMENT ℄ = CENTERLINE COR. = CORNER D.N.R. = DEPARTMENT OF NATURAL RESOURCES D.O.T. = DEPARTMENT OF TRANSPORTATION W/ = WITH No. = NUMBER # = NUMBER FD. = FOUND O.R.B. = OFFICIAL RECORD BOOK P.B. = PLAT BOOK PG. = PAGE D.B. = DEED BOOK GOV'T = GOVERNMENT No. = NUMBER I.D. = IDENTIFICATION W/ = WITH W.C. = WITNESS CORNER SEC. = SECTION P.R.M. = PERMANENT REFERENCE MONUMENT P.C. = POINT OF CURVATURE

NOTES:
(1) NO UNDERGROUND INSTALLATIONS OF IMPROVEMENTS HAVE BEEN LOCATED, EXCEPT AS NOTED ON SKETCH OF SURVEY
(2) NO TITLE SEARCH HAS BEEN PROVIDED TO, NOR PERFORMED BY Z'S LAND SURVEYING AND MAPPING, INC. OR ANY OF ITS' REPRESENTATIVES, THERE MAY BE DEEDS OF RECORDS, UNRECORDED DEEDS, EASEMENTS RIGHTS-OF-WAY, OR OTHER INSTRUMENTS THAT MAY AFFECT THE BOUNDARIES OF THE SUBJECT PROPERTY.
(3) FLOOD ZONE OF SUBJECT PROPERTY HAS BEEN DERIVED BY SCALING IT'S POSITION ON THE FLOOD INSURANCE RATE MAP NOTED.
(4) IN SOME INSTANCES IT IS NECESSARY TO EXAGGERATE THE LOCATION OF SOME FIXTURES SUCH AS FENCES, ADDITIONAL PROPERTY CORNERS FOUND, ETC. IN ORDER TO MORE CLEARLY REPRESENT THE AFOREMENTIONED ITEMS.
(5) THERE MAY ADDITIONAL RESTRICTIONS NOT SHOWN ON THIS PLAT, THAT MAY BE RECORDED IN THE PUBLIC RECORDS OF THE PARTICULAR COUNTY THAT THE SUBJECT PROPERTY IS SITUATED IN.
(6) ERROR OF CLOSURE: SUBURBAN 1 FOOT = PER 7,500 FEET

THIS CERTIFIES THAT A SURVEY OF THE PROPERTY DESCRIBED HEREIN WAS MADE UNDER MY DIRECT SUPERVISION AND THE SURVEY MEETS THE PROFESSIONAL STANDARDS OF PRACTICE FOR LAND SURVEYING IN THE STATE OF FLORIDA, SET FORTH BY THE BOARD OF PROFESSIONAL LAND SURVEYORS IN CHAPTER 5J-17 OF THE FLORIDA ADMINISTRATIVE CODE, PURSUANT TO SECTION 472.027 OF THE FLORIDA STATUTES.

11/15/23

ZANNIE THOMAS WHITE, JR.
FLORIDA LAND SURVEYOR No. 6041
CERTIFICATE OF AUTHORIZATION No. 7479
THIS PLAT IS NOT VALID WITHOUT THE ORIGINAL RAISED SEAL AND SIGNATURE OF A LICENSED SURVEYOR AND MAPPER

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| A/C | AIR CONDITIONING | | |
| AFF | ABOVE FINISHED FLOOR | HORIZ | HORIZONTAL |
| ACT | ACOUSTICAL CEILING TILE | ISA | INT'L SYMBOL OF ACCESSIBILITY |
| ALUM | ALUMINUM | LAV | LAVATORY |
| B/W | BETWEEN | MAX | MAXIMUM |
| CLG | CEILING | MTL | METAL |
| CMT | CENTER LINE | MIN | MINIMUM |
| CT | CERAMIC MOSAIC TILE | MTD | MOUNTED |
| CL | CERAMIC TILE | NO | NUMBER |
| CONC | CONCRETE | NOM | NOMINAL |
| CMU | CONCRETE MASONRY UNIT | NTS | NOT TO SCALE |
| CONT | CONTINUOUS | NIC | NOT IN CONTRACT |
| CJ | CONTROL JOINT | OC | ON CENTER |
| DR | DOOR | OH | OVERHEAD |
| ELEV | ELEVATION | PL | PLATE |
| EW | EACH WAY | PREFIN | PREFINISHED |
| EWC | ELECTRIC WATER COOLER | PT | PRESSURE TREATED |
| EQ | EQUAL | RL | RAIN LEADER |
| EXIST | EXISTING | REIN | REINFORCED |
| EXT | EXTERIOR | SS | STAINLESS STEEL |
| FIN | FINISH | THK | THICK |
| FF | FINISHED FLOOR | THR | THRESHOLD |
| FACP | FIRE ALARM CONTROL PANEL | T&B | TOP AND BOTTOM |
| FEX | FIRE EXTINGUISHER | TYP | TYPICAL |
| FEC | FIRE EXTINGUISHER CABINET | VERT | VERTICAL |
| FD | FLOOR DRAIN | WC | WATER CLOSET |
| FRP | FIRE RETARDANT PAINT | WD | WOOD |
| GALV | GALVANIZED | WWF | WELDED WIRE FABRIC |
| GC | GENERAL CONTRACTOR | W/ | WITH |
| GWB | GYPSUM WALLBOARD | XTR | EXISTING TO REMAIN |
| HC | HANDICAPPED | | |
| HM | HOLLOW METAL | | |

2/13/2024 6:56:34 PM




1 DETAILED SITE PLAN
1" = 10'-0"




3 1ST FLR.
1/16" = 1'-0"

4 2ND FLR.
1/16" = 1'-0"

## GENERAL NOTES

1. DO NOT SCALE DRAWINGS. DIMENSIONS GOVERN.
2. THE CONTRACTOR SHALL FIELD VERIFY ALL DIMENSIONS INDICATED WITHIN THESE DOCUMENTS AND SHALL NOTIFY THE DESIGN TEAM OF ANY VARIATION, PRIOR TO THE PURCHASING OF MATERIALS, STARTING FABRICATION OR BEGINNING CONSTRUCTION.
3. "TYPICAL" MEANS THE REFERENCED DETAIL SHALL APPLY FOR ALL SIMILAR CONDITIONS UNLESS OTHERWISE NOTED.
4. EXISTING FIELD CONDITIONS: THE CONTRACT DOCUMENTS INDICATE THE DESIGN INTENT USING AVAILABLE INFORMATION THE CONTRACTOR IS TO ADVISE THE DESIGN TEAM IF CODE OR SAFETY CONFLICTS EXIST. THE CONTRACTOR IS REQUIRED TO INSPECT THE SITE (PRIOR TO COMMENCEMENT) TO BECOME FAMILIAR WITH CONDITIONS AND INSTALLATION DETAILS THAT WILL AFFECT HIS WORK.
5. ALL WORK SHALL CONFORM TO THE REQUIREMENTS OF THE LOCAL BUILDING CODE, FIRE DEPARTMENT REGULATIONS, UTILITY COMPANY REQUIREMENTS, AND THE BEST TRADE PRACTICES
6. THE CONTRACTOR IS TO SECURE AND PAY FOR ALL NECESSARY FEES AND PERMITS FOR CONSTRUCTION, ELECTRICAL AND PLUMBING INSPECTIONS, ETC.
7. ALL DIMENSIONS ARE GIVEN TO ROUGH FRAMING AND MASONRY UNLESS NOTED.
8. EXTERIOR WALLS ARE TO BE 8" CMU TYPICAL. INTERIOR WALL FRAMING IS TO BE 2X4 SYP. TYPICAL.
9. EXISTING VEGETATION SHALL BE MAINTAINED DURING CONSTRUCTION. NO CLEARING SHOULD OCCUR MORE THAN 3' BEYOND THE PLANNED BUILDING FOOTPRINT.
10. KEYING AT ALL NEW AND EXISTING INTERIOR DOORS TO BE COORDINATED BY CONTRACTOR WITH OWNER.
11. THE GENERAL CONTRACTOR SHALL AT ALL TIMES MAINTAIN ON THE JOB SITE - A COMPLETE SET OF CONSTRUCTION DOCUMENTS, ADDENDA, SUPPLEMENTAL INSTRUCTIONS, SUPPLEMENTAL DRAWINGS, MEETING NOTES, ETC.
12. SLOPE GRADE AWAY FROM THE HOUSE PERIMETER. MAINTAIN POSITIVE DRAINAGE FOR 6' OR UP TO THE P.L., WHICHEVER IS GREATER.
13. PROTECT TREE ROOTS WITHIN THE TREE CANOPY FROM DAMAGE WHEN GRADING.
14. SLOPE DRIVEWAY AWAY FROM STRUCTURES.

| AREA | | |
|---|---|---|
| Level | NAME | AREA |
| 1ST FLR. | | |
| 1ST FLR. | PORCH | 205 SF |
| 1ST FLR. | PORCH | 88 SF |
| 1ST FLR. | DRIVEWAY | 271 SF |
| 1ST FLR. | HEATED & COOLED | 1266 SF |
| 1ST FLR. | GARAGE | 416 SF |
| | | 2247 SF |
| 2ND FLR. | | |
| 2ND FLR. | HEATED AND COOLED | 1560 SF |
| 2ND FLR. | BALCONY | 85 SF |
| 2ND FLR. | BALCONY | 95 SF |
| | | 1741 SF |
| | | 3988 SF |

## PROJECT DATA

| | |
|---|---|
| LOT AREA: | 0.122 AC/5,388 SF |
| AREA WITHIN SETBACK | 3,118 SF |
| MAX IMPERVIOUS ALLOWED (60%): | 3,232.8 SF |
| TOTAL HEATED AND COOLED AREA: | 2,826 SF |
| TOTAL IMPERVIOUS AREA: | 2,246 SF |
| IMPERVIOUS SURFACE RATIO (60% MAX): | 41.69% |

## LEGAL DESCRIPTION

| | |
|---|---|
| PARCEL ID: | 35778-000-000 |
| LOCATION ADDRESS: | 21619 DOLPHIN DRIVE |
| BRIEF TAX DESCRIPTION: | RIVIERA BEACH 1ST ADD LOT 8 |

## SCOPE OF PROJECT

THIS SET OF DOCUMENTS DESCRIBES THE CONSTRUCTION OF A 2 STORY SINGLE FAMILY RESIDENCE.

## BUILDING DATA

APPLICABLE CODES AND REGULATIONS:

2023 FLORIDA BUILDING CODE - RESIDENTIAL

BUILDING DATA:

| | |
|---|---|
| PARCEL IDENTIFICATION NUMBER: | 35778-000-000 |
| ADDRESS: | TBD |
| OCCUPANCY : | R-1 SINGLE FAMILY RESIDENTIAL |
| FLOOD ZONE: | - |
| FUTURE LAND USE: | - |
| BUILDING HEIGHT/STORIES: | 2 |
| CONDITIONED/UNCONDITIONED SQUARE FOOTAGE: | SEE AREA CALCULATIONS ABOVE |
| NUMBER OF BEDROOMS: | 6 |
| FINISHED FLOOR ELEVATION: | - |
| BUILDING FOUNDATION TYPE: | SLAB ON GRADE |
| NEIGHBORHOOD PLAN: | NOT APPLICABLE |
| WHITE SAND PROTECTION ZONE: | NO |
| WILDLIFE CONSERVATION ZONE: | NOT APPLICABLE |
| PRESERVATION CALCULATIONS: | - |
| STORMWATER RETENTION CALCULATION: | |

## PLUMBING FIXTURE SCHEDULE

| CONNECTION TYPE | QUANTITY |
|---|---|
| SINKS - 3/8" | 8 |
| KITCHEN SINK - 1/2" | 2 |
| DISHWASHER - 1/2" | 2 |
| WASHING MACHINE - 1/2" | 1 |
| BATHTUB - 1/2" | 1 |
| STANDING SHOWERS - 1/2" | 4 |
| TOILETS - 3/8" | 5 |
| ICE MACHINE - 1/4" | - |
| OUTSIDE SHOWER - 1/2" | - |
| HOSE BIBS - 1/2" | 2 |
| ICE MAKERS IN REFRIGERATORS - 1/4" | 1 |

THESE PLANS AND THE IDEAS AND CONCEPTS CONTAINED HEREIN INCLUDING DIGITAL INFORMATION ARE THE PROPERTY OF ANTONIO ADESSI ARCHITECT. AND ARE NOT TO BE REPRODUCED, COPIED, MODIFIED, OR CHANGED IN ANY FORM OR MANNER WITHOUT THE EXPRESS WRITTEN PERMISSION AND CONSENT OF ANTONIO ADESSI ARCHITECT.

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:

STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT

2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

GENERAL INFORMATION
A.01

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT. : ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECT'S WRITTEN CONSENT.




1 1ST FLR.
1/4" = 1'-0"




2 TYP. WIN. HDR, WOOD
3" = 1'-0"




3 TYP. WIN. SILL, WOOD
3" = 1'-0"




4 TYP. WIN. JAMB, WOOD
3" = 1'-0"




5 TYP. DR. HDR, WOOD
3" = 1'-0"

2/13/2024 6:56:35 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:

2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

1ST FLOOR PLAN

A.04

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




1 2ND FLR.
1/4" = 1'-0"




2 WINDOW INSTALLATION DETAILS
1" = 1'-0"

| WINDOW SCHEDULE | | | |
|---|---|---|---|
| UNIT | Width | Height | Comments |
| A | 2' - 6" | 8' - 0" | DBL. HUNG |
| B | 2' - 6" | 6' - 0" | DBL. HUNG |
| G | 2' - 0" | 6' - 0" | DBL. HUNG |
| K | 2' - 0" | 6' - 0" | CASEMENT |
| R | 3' - 0" | 2' - 0" | FIXED |
| T | 2' - 0" | 5' - 0" | DBL. HUNG |
| U | 2' - 0" | 2' - 0" | FIXED |

| DOOR SCHEDULE | | |
|---|---|---|
| UNIT | HEIGHT | WIDTH |
| A1 | 8' - 0" | 3' - 0" |
| A2 | 8' - 0" | 2' - 8" |
| A3 | 8' - 0" | 2' - 4" |
| A4 | 8' - 0" | 2' - 4" |
| A5 | 8' - 0" | 2' - 4" |
| A6 | 8' - 0" | 2' - 4" |
| A7 | 8' - 0" | 2' - 4" |
| A10 | 8' - 0" | 6' - 0" |
| A12 | 8' - 0" | 3' - 0" |
| A13 | 8' - 0" | 6' - 0" |
| A15 | 7' - 0" | 9' - 0" |
| A21 | 8' - 0" | 2' - 8" |
| A22 | 8' - 0" | 4' - 0" |
| A23 | 8' - 0" | 2' - 4" |
| A24 | 7' - 0" | 2' - 4" |
| A27 | 8' - 0" | 2' - 4" |
| A29 | 8' - 0" | 2' - 4" |
| A31 | 8' - 0" | 2' - 8" |
| A32 | 8' - 0" | 2' - 8" |
| A33 | 8' - 0" | 2' - 4" |
| A35 | 8' - 0" | 4' - 0" |
| A36 | 8' - 0" | 2' - 4" |
| A39 | 8' - 0" | 2' - 8" |
| A45 | 8' - 0" | 2' - 4" |
| A46 | 8' - 0" | 2' - 4" |
| A50 | 8' - 0" | 2' - 8" |
| A54 | 8' - 0" | 2' - 4" |
| A55 | 8' - 0" | 2' - 8" |


architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com


seal:
STATE OF FLORIDA · ANTONIO ADESSI · AR99272 · REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

Issued for: Date

Revision Schedule

2ND FLOOR PLAN

A.05

2/13/2024 6:56:36 PM

Copyright 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.

**ROOF NOTES**

- ROOF DECKS SHALL BE COVERED WITH APPROVED ROOF COVERINGS SECURED TO THE BUILDING OR STRUCTURE IN ACCORDANCE WITH THE PROVISIONS OF THIS CHAPTER. ROOF ASSEMBLIES SHALL BE DESIGNED AND INSTALLED IN ACCORDANCE WITH THIS CODE AND THE APPROVED MANUFACTURER'S INSTALLATION INSTRUCTIONS SUCH THAT THE ROOF ASSEMBLY SHALL SERVE TO PROTECT THE BUILDING OR STRUCTURE.
- FLASHINGS SHALL BE USED TO SEAL ROOFING SYSTEMS, WHERE THE SYSTEM IS INTERRUPTED OR TERMINATED AND SHALL BE INSTALLED IN A MANNER THAT PREVENTS MOISTURE FROM ENTERING THE WALL AND ROOF THROUGH JOINTS IN COPINGS, THROUGH MOISTURE PERMEABLE MATERIALS AND AT INTERSECTIONS WITH PARAPET WALLS AND OTHER PENETRATIONS THROUGH THE ROOF PLANE.
- WHEN GUTTERS AND LEADERS ARE PLACED ON THE OUTSIDE OF BUILDINGS, THE GUTTERS AND LEADERS SHALL BE CONSTRUCTED OF METAL OR APPROVED PLASTIC FOR OUTDOOR EXPOSURE WITH LAPPED, SOLDERED OR CAULKED JOINTS AND SHALL BE SECURELY FASTENED TO THE BUILDING WITH A CORROSION RESISTANT FASTENING DEVICE OF SIMILAR OR COMPATIBLE MATERIAL TO THE GUTTERS AND DOWNSPOUTS.
- NAILS SHALL BE CORROSION-RESISTANT NAILS CONFORMING TO ASTM F1667 OR AN EQUAL CORROSION RESISTANCE BY COATING, ELECTRO GALVANIZATION, MECHANICAL GALVANIZATION, HOT DIPPED GALVANIZATION, STAINLESS STEEL, NONFERROUS METAL AND ALLOYS OR OTHER SUITABLE CORROSIONRESISTANT MATERIAL, OR CORROSION RESISTANCE SHALL BE DEMONSTRATED IN ACCORDANCE WITH TAS114, APPENDIX E.
- WOOD SCREWS SHALL CONFORM TO ANSI/ASME B 18.6.1. SCREWS SHALL BE CORROSION RESISTANT BY COATING, GALVANIZATION, STAINLESS STEEL, NONFERROUS METAL OR OTHER SUITABLE CORROSION-RESISTANT MATERIAL. THE CORROSION RESISTANCE SHALL BE DEMONSTRATED THROUGH ONE OF THE FOLLOWING METHODS:
  1. CORROSION RESISTANCE EQUIVALENT TO ASTM A641, CLASS 1;
  2. CORROSION RESISTANCE IN ACCORDANCE WITH TAS 114, APPENDIX E;
  3. CORROSION-RESISTANT COATING EXHIBITING NOT MORE THAN 5-PERCENT RED RUST AFTER 1000 HOURS EXPOSURE IN ACCORDANCE WITH ASTM B117.
- CLIPS SHALL BE CORROSION-RESISTANT CLIPS. THE CORROSION RESISTANCE SHALL MEET 0.90 OUNCE PER SQUARE FOOT (0.458 KG/M2) MEASURED ACCORDING ASTM A90/A90M, TAS 114 APPENDIX E OR AN EQUAL CORROSION RESISTANCE COATING, ELECTRO GALVANIZATION, MECHANICAL GALVANIZATION, HOT DIPPED GALVANIZATION, STAINLESS STEEL, NONFERROUS METALS AND ALLOYS OR OTHER SUITABLE CORROSIONRESISTANT MATERIAL. STAINLESS STEEL CLIPS SHALL CONFORM TO ASTM A240/A240M, TYPE 304.
- ROOF COVERINGS SHALL BE APPLIED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THIS SECTION AND THE MANUFACTURER'S INSTALLATION INSTRUCTIONS. UNLESS OTHERWISE SPECIFIED IN THIS SECTION, ROOF COVERINGS SHALL BE INSTALLED TO RESIST THE COMPONENT AND CLADDING LOADS SPECIFIED
- UNLESS OTHERWISE NOTED UNDERLAYMENT FOR ASPHALT SHINGLES, METAL ROOF SHINGLES, MINERAL-SURFACED ROLL ROOFING, SLATE AND SLATE-TYPE SHINGLES, WOOD SHINGLES, WOOD SHAKES AND METAL ROOF PANELS SHALL CONFORM TO THE APPLICABLE STANDARDS LISTED: UNDERLAYMENT MATERIALS REQUIRED TO COMPLY WITH ASTM D226, D1970, D4869 AND D6757 SHALL BEAR A LABEL INDICATING COMPLIANCE TO THE STANDARD DESIGNATION. UNDERLAYMENT SHALL BE APPLIED AND ATTACHED IN ACCORDANCE WITH MANUFACTURER'S SPECIFICATIONS.




1 ROOF PLAN
1/4" = 1'-0"

2/13/2024 6:56:37 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:

STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name

21619 DOLPHIN AVENUE

project address:

21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:

35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | 1/4" = 1'-0" |

| Issued for: | Date |
|---|---|

Revision Schedule

ROOF PLAN

A.06

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




1 SOUTH EL.
1/4" = 1'-0"

| WINDOW SCHEDULE | | | |
|---|---|---|---|
| UNIT | Width | Height | Comments |
| A | 2' - 6" | 8' - 0" | DBL. HUNG |
| B | 2' - 6" | 6' - 0" | DBL. HUNG |
| G | 2' - 0" | 6' - 0" | DBL. HUNG |
| K | 2' - 0" | 6' - 0" | CASEMENT |
| R | 3' - 0" | 2' - 0" | FIXED |
| T | 2' - 0" | 5' - 0" | DBL. HUNG |
| U | 2' - 0" | 2' - 0" | FIXED |

| DOOR SCHEDULE | | |
|---|---|---|
| UNIT | HEIGHT | WIDTH |
| A1 | 8' - 0" | 3' - 0" |
| A2 | 8' - 0" | 2' - 8" |
| A3 | 8' - 0" | 2' - 4" |
| A4 | 8' - 0" | 2' - 4" |
| A5 | 8' - 0" | 2' - 4" |
| A6 | 8' - 0" | 2' - 4" |
| A7 | 8' - 0" | 2' - 4" |
| A10 | 8' - 0" | 6' - 0" |
| A12 | 8' - 0" | 3' - 0" |
| A13 | 8' - 0" | 6' - 0" |
| A15 | 7' - 0" | 9' - 0" |
| A21 | 8' - 0" | 2' - 8" |
| A22 | 8' - 0" | 4' - 0" |
| A23 | 8' - 0" | 2' - 4" |
| A24 | 7' - 0" | 2' - 4" |
| A27 | 8' - 0" | 2' - 4" |
| A29 | 8' - 0" | 2' - 4" |
| A31 | 8' - 0" | 2' - 8" |
| A32 | 8' - 0" | 2' - 8" |
| A33 | 8' - 0" | 2' - 4" |
| A35 | 8' - 0" | 4' - 0" |
| A36 | 8' - 0" | 2' - 4" |
| A39 | 8' - 0" | 2' - 8" |
| A45 | 8' - 0" | 2' - 4" |
| A46 | 8' - 0" | 2' - 4" |
| A50 | 8' - 0" | 2' - 8" |
| A54 | 8' - 0" | 2' - 4" |
| A55 | 8' - 0" | 2' - 8" |




2 NORTH EL.
1/4" = 1'-0"

2/13/2024 6:56:40 PM


architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com


seal:

STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT

2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name
## 21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | 1/4" = 1'-0" |

| Issued for: | Date |
|---|---|

Revision Schedule

## ELEVATIONS

# A.07

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




1 WEST EL.
1/4" = 1'-0"




2 EAST EL.
1/4" = 1'-0"

2/13/2024 6:56:44 PM

| DOOR SCHEDULE | | |
|---|---|---|
| UNIT | HEIGHT | WIDTH |
| A1 | 8' - 0" | 3' - 0" |
| A2 | 8' - 0" | 2' - 8" |
| A3 | 8' - 0" | 2' - 4" |
| A4 | 8' - 0" | 2' - 4" |
| A5 | 8' - 0" | 2' - 4" |
| A6 | 8' - 0" | 2' - 4" |
| A7 | 8' - 0" | 2' - 4" |
| A10 | 8' - 0" | 6' - 0" |
| A12 | 8' - 0" | 3' - 0" |
| A13 | 8' - 0" | 6' - 0" |
| A15 | 7' - 0" | 9' - 0" |
| A21 | 8' - 0" | 2' - 8" |
| A22 | 8' - 0" | 4' - 0" |
| A23 | 8' - 0" | 2' - 4" |
| A24 | 7' - 0" | 2' - 4" |
| A27 | 8' - 0" | 2' - 4" |
| A29 | 8' - 0" | 2' - 4" |
| A31 | 8' - 0" | 2' - 8" |
| A32 | 8' - 0" | 2' - 8" |
| A33 | 8' - 0" | 2' - 4" |
| A35 | 8' - 0" | 4' - 0" |
| A36 | 8' - 0" | 2' - 4" |
| A39 | 8' - 0" | 2' - 8" |
| A45 | 8' - 0" | 2' - 4" |
| A46 | 8' - 0" | 2' - 4" |
| A50 | 8' - 0" | 2' - 8" |
| A54 | 8' - 0" | 2' - 4" |
| A55 | 8' - 0" | 2' - 8" |

| WINDOW SCHEDULE | | | |
|---|---|---|---|
| UNIT | Width | Height | Comments |
| A | 2' - 6" | 8' - 0" | DBL. HUNG |
| B | 2' - 6" | 6' - 0" | DBL. HUNG |
| G | 2' - 0" | 6' - 0" | DBL. HUNG |
| K | 2' - 0" | 6' - 0" | CASEMENT |
| R | 3' - 0" | 2' - 0" | FIXED |
| T | 2' - 0" | 5' - 0" | DBL. HUNG |
| U | 2' - 0" | 2' - 0" | FIXED |

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:
STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

ISSUE DATE: 2/11/2024
PROJECT NO: 1409
DRAWN BY: JAB
CHECKED BY: AA
SCALE: 1/4" = 1'-0"

Issued for: Date

Revision Schedule

ELEVATIONS
A.08

Copyright 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.



1 3D View 1



2 3D View 6



4 3D View 9



3 3D View 8

2/13/2024 6:56:48 PM

architect of record :

Architect FL - AR99272
Architetti Firenze - 5773
ADESSI

1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665

www.AntonioAdessi.Com

seal:

STATE OF FLORIDA · ANTONIO ADESSI · AR99272 · REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name

21619 DOLPHIN AVENUE

project address:

21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:

35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | |

| Issued for: | Date |
|---|---|

Revision Schedule

3D VIEWS

A.09

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT. : ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECT'S WRITTEN CONSENT.




1 CROSS SECTION
1/4" = 1'-0"




3 SECTION - GARAGE
3/8" = 1'-0"




2 LONGITUDINAL SECTION
1/4" = 1'-0"




4 DETAIL - BRACKET
3/4" = 1'-0"

2/13/2024 6:56:50 PM

architect of record :

Architect FL - AR99272
Architetti Firenze - 5773

**ADESSI**

1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665

www.AntonioAdessi.Com

seal:

STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name

## 21619 DOLPHIN AVENUE

project address:

21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:

35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

# BUILDING SECTIONS

# A.10

Copyright 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




4 DETAIL - PORCH COLUMN
3/4" = 1'-0"




1 DETAIL - POST TO POST
1 1/2" = 1'-0"




3 DETAIL - WINDOWS
1" = 1'-0"




2 TYPICAL WALL SECTION-TWO STORY BRICK
3/4" = 1'-0"

2/13/2024 6:56:50 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:

STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT

2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

Issued for: Date

Revision Schedule

WALL SECTION

A.11

Copyright 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




1 1ST FLOOR ELECTRICAL
1/4" = 1'-0"




2 2ND FLR. ELECTRICAL
1/4" = 1'-0"

2/13/2024 6:56:51 PM

## ELECTRICAL AND LIGHTING FIXTURE LEGEND

- DUPLEX OUTLET
- GFI — DUPLEX OUTLET, GROUND FAULT INTERRUPTED
- 220 — DUPLEX OUTLET, 220V
- WP — DUPLEX OUTLET IN WATERPROOF BOX
- DUPLEX OUTLET IN-FLOOR
- SURFACE-MOUNTED CEILING LIGHT FIXTURE
- SURFACE-MOUNTED WALL LIGHT FIXTURE
- R — RECESSED LIGHT
- FLUORESCENT SHOP LIGHT (SURFACE MTD.
- SD — SMOKE DETECTOR
- LV — LIGHT / VENT
- SH — SHOWER LIGHT
- EP B — ELECTRIC PANEL BOX
- S — SWITCH
- $S_D$ — SWITCH WITH DIMMER
- $S_F$ — FAN SWITCH
- $S_3$ — 3-WAY SWITCH
- FAN
- TV — TELEVISION OUTLET
- PHONE OUTLET
- UNDERCABINET LIGHT
- EXTERIOR LIGHT - REFER TO A100
- PHOTO CELL

## GENERAL NOTES - ELECTRICAL, LIGHTING , AND CEILING

1. GENERAL DUPLEX OUTLETS SHALL BE MOUNTED 18" A.F.F. , TYP.
2. OUTLETS ABOVE COUNTERS, SINKS, ETC. SHALL BE MOUNTED SO THAT THE BOTTOM OF THE FIXTURE IS 8" ABOVE THE SURFACE, TYP.
3. OWNER TO PROVIDE ANY NOTES FOR THIS SECTION.
4. EXTERIOR LIGHTING TO BE PHOTO CELL OPERATED
5. PROVIDE POWER AND SWITCH TO KITCHEN SINK GARBAGE DISPOSAL
6. PROVIDE POWER TO ALL KITCHEN APPLIANCES (GARBAGE DISPOSAL, DISH WASHER, RANGE, HOOD AND MW)
7. KITCHEN RECEPTACLES TO COMPLY WITH NEC 210.52(C)
8. EXTERIOR RECEPTACLES TO COMPLY WITH NEC 406.9(A) & (B)

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:
STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | 1/4" = 1'-0" |

| Issued for: | Date |
|---|---|

Revision Schedule

ELECTRICAL PLANS
E.01

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.

GENERAL

1. NO PROVISION OF ANY REFERENCED STANDARD SPECIFICATION, MANUAL OR CODE (WHETHER OR NOT SPECIFICALLY INCORPORATED BY REFERENCE IN THE CONTRACT DOCUMENTS) SHALL BE EFFECTIVE TO CHANGE THE DUTIES AND RESPONSIBILITIES OF OWNER, CONTRACTOR, ENGINEER, SUPPLIER, OR ANY OF THEIR CONSULTANTS, AGENTS, OR EMPLOYEES FROM THOSE SET FORTH IN THE CONTRACT DOCUMENTS. NOR SHALL IT BE EFFECTIVE TO ASSIGN TO THE STRUCTURAL ENGINEER OF RECORD OR ANY OF THE STRUCTURAL ENGINEER OF RECORD'S CONSULTANTS, AGENTS, OR EMPLOYEES ANY DUTY OR AUTHORITY TO SUPERVISE OR DIRECT THE FURNISHING OR PERFORMANCE OF THE WORK OR ANY DUTY OR AUTHORITY TO UNDERTAKE RESPONSIBILITIES CONTRARY TO THE PROVISIONS OF THE CONTRACT DOCUMENTS.

2. CONTRACT DOCUMENTS INCLUDE, BUT ARE NOT LIMITED TO, THE STRUCTURAL DOCUMENTS (DRAWINGS AND SPECIFICATIONS), BUT DO NOT INCLUDE SHOP DRAWINGS, VENDOR DRAWINGS, OR MATERIAL PREPARED AND SUBMITTED BY THE CONTRACTOR.

3. REFERENCE TO STANDARD SPECIFICATIONS OF ANY TECHNICAL SOCIETY, ORGANIZATION, OR ASSOCIATION OR TO CODES OF LOCAL OR STATE AUTHORITIES, SHALL MEAN THE LATEST STANDARD, CODE, SPECIFICATION OR TENTATIVE SPECIFICATION ADOPTED AT THE DATE OF TAKING BIDS, UNLESS SPECIFICALLY STATED OTHERWISE.

4. CONTRACT DOCUMENTS SHALL GOVERN IN THE EVENT OF A CONFLICT WITH THE CODE OF PRACTICE OR SPECIFICATIONS OF ACI, PCI, AISC, SJI OR OTHER STANDARDS. WHERE A CONFLICT OCCURS WITHIN THE CONTRACT DOCUMENTS, THE STRICTEST REQUIREMENT SHALL GOVERN.

5. MATERIAL, WORKMANSHIP, AND DESIGN SHALL CONFORM TO THE REFERENCED BUILDING CODE.

6. CONTRACTOR SHALL COORDINATE THE STRUCTURAL DOCUMENTS WITH THE ARCHITECTURAL, MECHANICAL, ELECTRICAL, PLUMBING AND CIVIL DOCUMENTS. ARCHITECT/STRUCTURAL ENGINEER SHALL BE NOTIFIED OF ANY DISCREPANCY OR OMISSION. FOR DIMENSIONS NOT SHOWN ON THE STRUCTURAL DRAWINGS SEE THE ARCHITECTURAL DRAWINGS.

7. CONTRACTOR SHALL OBTAIN AND COORDINATE EDGE OF SLAB DIMENSIONS, OPENING LOCATIONS AND DIMENSIONS, DEPRESSED SLAB LOCATIONS AND EXTENTS, SLAB SLOPES, CURB LOCATIONS, AND CMU WALL LOCATIONS. ARCHITECT/STRUCTURAL ENGINEER SHALL BE NOTIFIED OF ANY DISCREPANCY OR OMISSION.

8. CONTRACTOR SHALL VERIFY EXISTING DIMENSIONS, ELEVATIONS, AND SITE CONDITIONS BEFORE STARTING WORK. ARCHITECT/STRUCTURAL ENGINEER SHALL BE NOTIFIED OF ANY DISCREPANCY.

9. CONTRACTOR HAS SOLE RESPONSIBILITY FOR MEANS, METHODS, SAFETY, TECHNIQUES, SEQUENCES, AND PROCEDURES OF CONSTRUCTION.

10. THE STRUCTURE IS STABLE ONLY IN ITS COMPLETED FORM. TEMPORARY SUPPORTS REQUIRED FOR STABILITY DURING ALL INTERMEDIATE STAGES OF CONSTRUCTION SHALL BE DESIGNED, FURNISHED, AND INSTALLED BY THE CONTRACTOR. CONTRACTOR IS RESPONSIBLE FOR CONTRACTIBILITY ANALYSIS, AND ERECTION PROCEDURES, INCLUDING DESIGN AND ERECTION OF FALSEWORK, TEMPORARY BRACING, ETC.

11. CONTRACTOR HAS SOLE RESPONSIBILITY TO COMPLY WITH ALL OSHA REGULATIONS.

12. REPRODUCTION OF STRUCTURAL DRAWINGS FOR SHOP DRAWINGS IS NOT PERMITTED. ELECTRONIC DRAWING FILES WILL NOT BE PROVIDED TO THE CONTRACTOR.

13. SUBMIT SHOP DRAWINGS WHICH ADEQUATELY DEPICT THE STRUCTURAL ELEMENTS AND CONNECTIONS SHOWN IN THE CONTRACT DOCUMENTS, REVIEW OF SHOP DRAWINGS SHALL BE FOR CONFORMANCE WITH THE CONTRACT DOCUMENTS REGARDING ARRANGEMENT AND SIZES OF MEMBERS AND THE CONTRACTOR'S INTERPRETATION OF THE DESIGN LOADS AND CONTRACT DOCUMENT DETAILS. REVIEW OF SUBMITTALS OR SHOP DRAWINGS BY THE ARCHITECT/STRUCTURAL ENGINEER DOES NOT RELIEVE THE CONTRACTOR OF THE SOLE RESPONSIBILITY TO REVIEW AND CHECK ALL SUBMITTALS AND SHOP DRAWINGS BEFORE SUBMITTING TO THE STRUCTURAL ENGINEER. REVIEW OF SUBMITTALS OR SHOP DRAWINGS BY THE ARCHITECT/STRUCTURAL ENGINEER DOES NOT RELIEVE THE CONTRACTOR OF FULL RESPONSIBILITY FOR COMPLIANCE WITH THE CONTRACT DOCUMENTS. CONTRACTOR REMAINS SOLELY RESPONSIBLE FOR ERRORS AND OMISSIONS ASSOCIATED WITH THE PREPARATION OF SHOP DRAWINGS AS THEY PERTAIN TO MEMBER SIZES, DETAILS, AND DIMENSIONS SPECIFIED IN THE CONTRACT DOCUMENTS.

14. WHERE A SECTION OR DETAIL IS SHOWN OR DETAILED FOR ONE CONDITION, IT SHALL APPLY TO ALL SIMILAR AND LIKE CONDITIONS. DETAILS LABELED "TYPICAL" ON THE STRUCTURAL DRAWINGS APPLY TO ALL SITUATIONS OCCURRING ON THE PROJECT THAT ARE THE SAME OR SIMILAR. THE CONTRACTOR SHALL CONSIDER ALL OF THE CONTRACT DOCUMENTS IN DETERMINING SIMILAR AND LIKE CONDITIONS.

CODE DESIGN

1. STRUCTURE IS DESIGNED IN ACCORDANCE WITH THE 2023 FLORIDA BUILDING CODE.

2. GRAVITY LOADS
2.1 UNIFORM FLOOR LIVE LOADS (REDUCED AS ALLOWED BY THE BUILDING CODE): RESIDENTIAL 40PSF EXTERIOR BALCONIES 60PSF STAIRS 100PSF 2.2 UNIFORM ROOF LIVE LOADS (REDUCED AS ALLOWED BY THE BUILDING CODE): ROOF 20PSF PONDING AND DRIFT EFFECTS HAVE BEEN INCLUDED IN DESIGN.

3. WIND LOADS: SEE TABLE

4. ESTIMATED DEFLECTIONS (IN INCHES) ARE AS FOLLOWS: LIVE LOAD DEAD + LIVE LOAD ROOF MEMBERS: L/360 OR 1 IN. L/240 FLOOR MEMBERS: L/360 L/240 WHERE, L = SPAN LENGTH (IN INCHES) BETWEEN CENTERLINES OF SUPPORTS. (FOR CANTILEVERS, l IS TWICE THE LENGTH OF THE CANTILEVER.)

5. STRUCTURAL INSPECTION

5.1 STRUCTURAL ENGINEER TO BE NOTIFIED IN WRITING ONE WEEK (IF POSSIBLE, THREE DAYS MINIMUM PRIOR TO ALL STRUCTURAL INSPECTION DATES (SEE STRUCTURAL INSPECTION SCHEDULE BELOW). COPY ARCHITECT ON ALL CORRESPONDENCE WITH STRUCTURAL ENGINEER, INCLUDING THE SCHEDULING OF SITE INSPECTIONS. FINAL CERTIFICATE OF OCCUPANCY LETTERS ARE EXPECTED TO COME FROM THE STRUCTURAL ENGINEER, AND IT IS THEREFORE CRITICAL THAT HE/SHE DO ALL OF THE STRUCTURAL INSPECTIONS. THIS INCLUDES FOOTING INSPECTIONS PRIOR TO POURING CONCRETE.

5.2 TYPICAL SCHEDULING OF INSPECTION

A. PILINGS (IF APPLICABLE)

B. FOUNDATION (A) FOOTINGS (LAYOUT AND REBARS) (B) STEM WALL BLOCK AND/OR BLOCK PIER (LAYOUT AND REBARS)

C. SLAB (REINFORCING STEEL AND GRADE BEAMS)(WHERE APPLICABLE)

D. FRAMING/STRAPPING (BEAMS, COLUMNS, TRUSSES, STRAPS, HOLDOWNS, SHEAR WALLS)

E. FINAL FOLLOW-UP FRAMING/STRAPPING (IF CORRECTIONS WERE REQUIRED AFTER FIRST FRAMING/STRAPPING INSPECTION)

F. ENGINEER CERTIFICATION

FOUNDATION

1. FOUNDATION DESIGN IS BASED ON AN ASSUMED ALLOWABLE BEARING PRESSURE OF 2000 PSF. STRUCTURAL ENGINEER IS NOT RESPONSIBLE FOR SUBSURFACE CONDITIONS ENCOUNTERED IN THE FIELD DIFFERENT FROM THOSE ASSUMED FOR DESIGN.

2. STRUCTURAL TESTING/INSPECTION AGENCY SHALL CERTIFY THE BEARING MEDIUM BEFORE STARTING CONSTRUCTION.

3. NO FOOTINGS SHALL BE PLACED IN WATER.

4. ANY SOIL CONDITION ENCOUNTERED DURING EXCAVATION THAT IS CONTRARY TO THE CONDITIONS USED FOR DESIGN OF FOOTINGS AS OUTLINED IN THESE NOTES OR ON THE DRAWINGS SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT OR ENGINEER OF RECORD BEFORE PROCEEDING.

5. BACK FILL BOTH SIDES OF FOUNDATION WALLS AT SAME TIME TO PREVENT OVERTURNING.

WIND CERTIFICATION:
I CERTIFY THAT THE DESIGN PLANS AND SPECIFICATIONS FOR THIS CONSTRUCTION ARE IN COMPLIANCE WITH THE CRITERIA ESTABLISHED BY THE 2023 FLORIDA BUILDING CODE. THIS BUILDING AND/OR STRUCTURE IS DESIGN TO WITHSTAND A WIND VELOCITY OF 140 MPH WIND AND CHAPTER 16 OF THE 2023 FLORIDA BUILDING CODE. ALSO, UPON COMPLETION OF THIS BUILDING AND/OR STRUCTURE, I WILL CERTIFY AT THAT TIME THE BUILDING AND/OR STRUCTURE HAS COMPLIED WITH THIS SPECIFIC BUILDING DESIGN. THIS MUST BE ON FILE AT THE COUNTY BUILDING DEPARTMENT BEFORE RECEIVING AN INSPECTION FOR POWER. I UNDERSTAND THAT ANY CHANGE IN DESIGN OR SPECIFICATION MUST BE SUBMITTED IN WRITING BY ME TO THE BUILDING DEPARTMENT. ALL DRAWINGS AND/OR CORRESPONDENCE SHALL BE SIGNED AND SEALED.

2/13/2024 6:56:51 PM

REINFORCEMENT

1. REINFORCING STEEL SHALL CONFORM TO ASTM A615, GRADE 60, UNLESS NOTED OTHERWISE.

2. WELDED WIRE FABRIC SHALL CONFORM TO ASTM A185 AND HAVE MINIMUM SIDE AND END LAPS OF 8".

3. REINFORCING STEEL SHALL ONLY BE WELDED OR TACK-WELDED IF IT CONFORMS TO ASTM A706, AND AWS D1.4. REINFORCING SHALL NOT BE WELDED NOR TACK-WELDED UNLESS APPROVED BY THE STRUCTURAL ENGINEER OF RECORD.

4. SUBMIT SHOP DRAWINGS WHICH ADEQUATELY DEPICT THE REINFORCING BAR SIZES AND PLACEMENT. WRITTEN DESCRIPTION OF REINFORCEMENT WITHOUT ADEQUATE SECTIONS, ELEVATIONS, AND DETAILS IS NOT ACCEPTABLE.

5. PROVIDE DOWELS FROM FOUNDATIONS THE SAME SIZE AND NUMBER AS THE VERTICAL WALL OR COLUMN REINFORCING, UNLESS NOTED OTHERWISE. REINFORCING DOWELS MUST BE TIED IN PLACE PRIOR TO POURING FOOTING. "WET-STICKING" IS NOT ALLOWED.

6. PLACE REINFORCEMENT AS FOLLOWS, UNLESS NOTED OTHERWISE:

5.1 CAST-IN-PLACE (NON POST-TENSIONED) CONCRETE REINFORCEMENT COVER PERMANENTLY EXPOSED TO EARTH: CAST AGAINST THE EARTH 3" CLEAR EXPOSED TO EARTH OR WEATHER: FOR BARS LARGER THAN A NO. 5 BAR 2" CLEAR 1 _ NO.5 BARS OR SMALLER " CLEAR 2 MASONRY REINFORCING STEEL SHALL BE PLACED IN THE CENTER OF CMU CELLS, UNLESS NOTED OTHERWISE.

7. REINFORCEMENT SHALL BE SPLICED ONLY AT LOCATIONS SHOWN OR NOTED IN THE STRUCTURAL DOCUMENTS, EXCEPT REINFORCEMENT MARKED "CONTINUOUS" CAN BE SPLICED AT LOCATIONS DETERMINED BY CONTRACTOR. SPLICES AT OTHER LOCATIONS SHALL BE APPROVED IN WRITING BY THE STRUCTURAL ENGINEER. REINFORCING STEEL SPLICES SHALL BE AS FOLLOWS, UNLESS NOTED OTHERWISE:

| MINIMUM LAP SPLICE LENGTH (IN.) - 3000 PSI CONCRETE | | | | | | |
|---|---|---|---|---|---|---|
| | No. 3 | No. 4 | No. 5 | No. 6 | No. 7 | No. 8 |
| | 22 | 29 | 36 | 43 | 63 | 72 |
| MINIMUM LAP SPLICE LENGTH (IN.) - 1500 PSI NORMAL WEIGHT CMU | | | | | | |
| 6-in CMU WALL | 19 | 25 | 39 | 81 | NA | NA |
| 8-in CMU WALL | 19 | 25 | 31 | 57 | 79 | 113 |
| 2-in CMU WALL | 19 | 25 | 31 | 53 | 61 | 75 |

| RECOMMENED END HOOKS ANCHORAGE LENGTH (IN.) - 3000 PSI CONCRETE | | | | | | |
|---|---|---|---|---|---|---|
| | No. 3 | No. 4 | No. 5 | No. 6 | No. 7 | No. 8 |
| D | 2.25 | 3.00 | 3.75 | 4.50 | 5.25 | 6.00 |
| A OR G | 6 | 8 | 10 | 12 | 14 | 16 |

DETAILING




8. ADHESIVE FOR REINFORCING DOWELS IN EXISTING CONCRETE SHALL BE EITHER THE SIMPSON SET XP STRUCTURAL EPOXY GROUT - HIGH STRENGTH ANCHORING ADHESIVE, THE HIT HY150 INJECTION ADHESIVE, THE EPCON SYSTEM CERAMIC 6 EPOXY ADHESIVE SUPPLIED BY ITW RAMSET/RED HEAD, POWER-FAST EPOXY INJECTION GEL SUPPLIED BY POWERS FASTENING, OR APPROVED EQUAL. MINIMUM EMBEDMENT LENGTH SHALL BE 12 BAR DIAMETERS, UNLESS NOTED OTHERWISE.E.

POST INSTALLED ANCHORS

1. POST-INSTALLED ANCHORS SHALL ONLY BE USED WHERE SPECIFIED ON THE CONSTRUCTION DOCUMENTS. THE CONTRACTOR SHALL OBTAIN APPROVAL FROM THE ENGINEER-OF-RECORD PRIOR TO INSTALLING POST- INSTALLED ANCHORS IN PLACE OF MISSING OR MISPLACED CAST-IN-PLACE ANCHORS. CARE SHALL BE TAKEN IN PLACING POST-INSTALLED ANCHORS TO AVOID CONFLICTS WITH EXISTING REBAR. HOLES SHALL BE DRILLED AND CLEANED IN ACCORDANCE WITH THE MANUFACTURER'S WRITTEN INSTRUCTIONS. SUBSTITUTION REQUESTS FOR PRODUCTS OTHER THAN THOSE SPECIFIED BELOW SHALL BE SUBMITTED BY THE CONTRACTOR TO THE ENGINEER-OF-RECORD ALONG WITH CALCULATIONS THAT ARE PREPARED & SEALED BY A REGISTERED PROFESSIONAL ENGINEER. THE CALCULATIONS SHALL DEMONSTRATE THAT THE SUBSTITUTED PRODUCT IS CAPABLE OF ACHIEVING THE PERTINENT EQUIVALENT PERFORMANCE VALUES (MINIMUM) OF THE SPECIFIED PRODUCT USING THE APPROPRIATE DESIGN PROCEDURE AND/OR STANDARD(S) AS REQ'D BY THE BUILDING CODE. PROVIDE CONTINUOUS SPECIAL INSPECTION FOR ALL MECHANICAL AND ADHESIVE ANCHORS PER THE APPLICABLE EVALUATION REPORT. CONTACT MANUFACTURER'S REPRESENTATIVE FOR THE INITIAL TRAINING AND INSTALLATION OF ANCHORS AND FOR PRODUCT RELATED QUESTIONS AND AVAILABILITY.

A. CONCRETE ANCHORS
1. MECHANICAL ANCHORS SHALL HAVE BEEN TESTED AND QUALIFIED FOR USE IN ACCORDANCE WITH ACI 355.2 AND ICC-ES AC193 FOR CRACKED AND UNCRACKED CONCRETE RECOGNITION. PRE-APPROVED MECHANICAL ANCHORS INCLUDE:

A. SIMPSON STRONG-TIE "TITEN-HD" (ICC-ES ESR-2713)
B. SIMPSON STRONG-TIE "STRONG-BOLT 2" (ICC-ES ESR-3037)

2. ADHESIVE ANCHORS SHALL HAVE BEEN TESTED AND QUALIFIED FORUSE IN ACCORDANCE WITH ACI 355.4 AND ICC- ES AC308 FOR CRACKED AND UNCRACKED CONCRETE RECOGNITION. PRE-APPROVED ADHESIVE ANCHORS INCLUDE:

A. SIMPSON STRONG-TIE "SET-XP" (ICC-ES ESR-2508)
B. SIMPSON STRONG-TIE "AT-XP" (IAPMO-ES ER-0263)
C. HILTI HIT HY150 INJECTION ADHESIVE
D. EPCON CERAMIC 6 EPOXY ADHESIVE SUPPLIED BY ITW RAMSET/RED HEAD
E. POWER-FAST EPOXY INJECTION GEL SUPPLIED BY POWERS FASTENING

3. POWDER AND GAS-ACTUATED FASTENERS SHALL HAVE BEEN TESTED AND QUALIFIED FOR USE IN ACCORDANCE WITH ICC-ES AC70. PRE-APPROVED POWDER ACTUATED FASTENERS INCLUDE:
A. SIMPSON STRONG-TIE "POWER-DRIVEN FASTENERS" (ICC-ES ESR-2138)
B. SIMPSON STRONG-TIE "GAS-ACTUATED FASTENERS" (ICC-ES ESR-2811)

B. MASONRY ANCHORS
1. ANCHORAGE TO SOLID-GROUTED CONCRETE MASONRY:

A. MECHANICAL ANCHORS SHALL HAVE BEEN TESTED AND QUALIFIED FOR USE IN ACCORDANCE WITH ICC-ES AC01 OR AC106.

PRE-APPROVED MECHANICAL ANCHORS INCLUDE:

1. SIMPSON STRONG-TIE "TITEN-HD" (ICC-ES ESR-1056)
2. SIMPSON STRONG-TIE "STRONG-BOLT 2" (IAMPO-ES ER-0240)
3. SIMPSON STRONG-TIE "WEDGE-ALL" (ICC-ES ESR-1396)

B. ADHESIVE ANCHORS SHALL HAVE BEEN TESTED AND QUALIFIED FOR USE IN ACCORDANCE WITH ICC-ES AC58. PRE-APPROVED MECHANICAL ANCHORS INCLUDE:
1. SIMPSON STRONG-TIE "AT-XP" (IAMPO-ES ER-0281)
2. SIMPSON STRONG-TIE "SET-XP" (IAMPO-ES ER-0265)
3. HILTI HIT HY150 INJECTION ADHESIVE
4. EPCON CERAMIC 6 EPOXY ADHESIVE SUPPLIED BY ITW RAMSET/RED HEAD
5. POWER-FAST EPOXY INJECTION GEL SUPPLIED BY POWERS FASTENING

2. ANCHORAGE TO HOLLOW CONCRETE MASONRY:

A. ADHESIVE ANCHORS WITH SCREEN TUBES SHALL BE TESTED AND QUALIFIED IN ACCORDANCE WITH ICC-ES AC58 OR AC60, AS APPROPRIATE. THE APPROPRIATE SCREEN TUBE SHALL BE USED AS RECOMMENDED BY THE ADHESIVE MANUFACTURER. PRE-APPROVED ADHESIVE ANCHORS WITH SCREEN TUBES INCLUDE:
1. SIMPSON STRONG-TIE "SET" (ICC-ES ESR-1772)
2. SIMPSON STRONG-TIE "AT" (ICC-ES ESR-1958)
3. HILTI HIT HY150 INJECTION ADHESIVE EPCON CERAMIC
6. EPOXY ADHESIVE SUPPLIED BY ITW RAMSET/RED HEAD
5. POWER-FAST EPOXY INJECTION GEL SUPPLIED BY POWERS FASTENING

CAST-IN-PLACE CONCRETE

1. CONCRETE WORK SHALL CONFORM TO ACI 318-05 AND CRSI STANDARDS.

2. CONCRETE SHALL HAVE A MINIMUM SPECIFIED 28-DAY COMPRESSIVE STRENGTH OF 2,500 PSI.

3. REFER TO ARCHITECTURAL DRAWINGS FOR MOLDS, GROVES, ORNAMENTS, CLIPS OR GROUNDS REQUIRED TO BE ENCASED IN CONCRETE AND FOR LOCATION OF FLOOR FINISHES AND SLAB DEPRESSIONS.

4. CONSTRUCTION JOINT LOCATIONS SHALL BE APPROVED BY THE STRUCTURAL ENGINEER. NO HORIZONTAL CONSTRUCTION JOINTS ARE PERMITTED EXCEPT THOSE SHOWN ON THE STRUCTURAL DRAWINGS.

5. DEFECTIVE AREAS IN CONCRETE INCLUDING, BUT NOT LIMITED TO, HONEY-COMBING, SPALLS, AND CRACKS WITH WIDTHS EXCEEDING O.O1 INCH SHALL BE REPAIRED. EXTENT OF DEFECTIVE AREA TO BE DETERMINED BY THE STRUCTURAL ENGINEER.

CONCRETE MASONRY

1. CONCRETE MASONRY WORK SHALL CONFORM TO ACI 530, BUILDING CODE REQUIREMENTS FOR MASONRY STRUCTURES AND ACI 530.1, SPECIFICATION FOR MASONRY STRUCTURES.

2. MINIMUM COMPRESSIVE STRENGTH OF CONCRETE MASONRY SHALL BE F'M = 1,500 PSI.

3. MORTAR SHALL COMPLY WITH THE BUILDING CODE REQUIREMENTS FOR CONCRETE MASONRY AND SHALL BE OF THE FOLLOWING TYPE:
WALLS BELOW GRADE TYPE M

4. CONCRETE MASONRY UNITS SHALL BE GROUTED WITH 2,500 PSI COARSE GROUT AS SHOWN IN THE STRUCTURAL DOCUMENTS. GROUT SHALL CONFORM TO ASTM C476
.

5. PROVIDE HORIZONTAL JOINT REINFORCEMENT WITH NO. 9 GAGE LONGITUDINAL WIRES AT 16" VERTICALLY, UNLESS NOTED OTHERWISE. PROVIDE SPECIAL ACCESSORIES FOR CORNERS, INTERSECTIONS, ETC.

6. MINIMUM VERTICAL WALL REINFORCEMENT SHALL BE #5 @32" UNLESS NOTED OTHERWISE.

7. DEFECTIVE AREAS IN CONCRETE INCLUDING, BUT NOT LIMITED TO, HONEY-COMBING, SPALLS, AND CRACKS WITH WIDTHS EXCEEDING 0.01 INCH SHALL BE REPAIRED. EXTENTS OF DEFECTIVE AREA TO BE DETERMINED BY THE STRUCTURAL ENGINEER.

8. REINFORCING DOWELS MUST BE TIED IN PLACE PRIOR TO POURING FOOTING. "WET-STICKING" IS NOT ALLOWED.

WOOD

1. STRUCTURAL GLUED LAMINATED TIMBER SHALL BE PRODUCED IN ACCORDANCE WITH THE AMERICAN INSTITUTE OF TIMBER CONSTRUCTION (AITC). MINIMUM ALLOWABLE BENDING STRESS SHALL BE 2,400 PSI (DRY CONDITIONS).

2. PROVIDE DRESSED SEASONED LUMBER, S4S, WITH A MAXIMUM MOISTURE CONTENT OF 19% AT TIME OF DRESSING AS LISTED BELOW.

2.1 INTERIOR AND EXTERIOR LOAD-BEARING WALLS: SOUTHERN PINE, NO. 2 GRADE.

2.2 LINTELS, FLOOR JOISTS AND BEAMS: SOUTHERN PINE, NO. 2 GRADE.

2.3 WOOD IN CONTACT WITH CONCRETE OR MASONRY SHALL BE FOUNDATION GRADE PRESSURE-TREATED. USE GALVANIZED NAILS IN PRESSURE-TREATED WOOD. THE PROTECTIVE COATING ON LIGHT GAUGE STEEL CONNECTIONS IN CONTACT W/ PRESSURE-TREATED WOOD SHALL BE IN ACCORDANCE WITH THE CONNECTOR MANUFACTURERS RECOMMENDATIONS.

3. ENGINEERED LUMBER PRODUCTS

3.1 PARALLEL STRAND LUMBER (PSL) SHALL HAVE THE FOLLOWING MINIMUM ALLOWABLE STRESSES AND PROPERTIES:

| | | |
|---|---|---|
| ALLOWABLE BENDING STRESS | FB | = 2900 PSI |
| COMPRESSION PERPENDICULAR TO GRAIN | FCPER | = 650 PSI |
| COMPRESSION PARALLEL TO GRAIN | FCPAR | = 2900 PSI |
| HORIZONTAL SHEAR | FV | = 290 PSI |
| MODULUS OF ELASTICITY | E | = 2,000,000 PSI |

3.2 LAMINATED VENEER LUMBER (LVL) SHALL HAVE THE FOLLOWING MINIMUM ALLOWABLE STRESSES AND PROPERTIES:

| | | |
|---|---|---|
| ALLOWABLE BENDING STRESS | FB | = 2600 PSI |
| COMPRESSION PERPENDICULAR TO GRAIN | FCPER | = 750 PSI FCPAR |
| COMPRESSION PARALLEL TO GRAIN | FCPAR | = 2310 PSI |
| HORIZONTAL SHEAR | FV | = 285 PSI |
| MODULUS OF ELASTICITY | E | = 1,900,000 PSI |

3.3 LAMINATED STRAND LUMBER (LSL) SHALL HAVE THE FOLLOWING MINIMUM ALLOWABLE STRESSES AND PROPERTIES:

| | | |
|---|---|---|
| ALLOWABLE BENDING STRESS | FB | = 1700 PSI |
| COMPRESSION PERPENDICULAR TO GRAIN | FCPER | = 650 PSI FCPAR |
| COMPRESSION PARALLEL TO GRAIN | FCPAR | = 1400 PSI |
| HORIZONTAL SHEAR | FV | = 285 PSI |
| MODULUS OF ELASTICITYELASTICITY | E | = 1,300,000 PSI |

4. STRUCTURAL PANELS

4.1 FLOOR PANELS SHALL BE CONSTRUCTED WITH TONGUE AND GROOVE APA RATED 3/4" PLYWOOD. FLOOR PANELS SHALL BE GLUED AND NAILED W/ 10d RING SHANK NAILS @ 4" O/C AT PANEL EDGES AND AT 6" O/C IN THE FIELD.

4.2 WALL PANELS SHALL BE CONSTRUCTED WITH APA RATED SHEATHING, SHEATHING SHALL BE ATTACHED WITH 10d COMMON NAILS @3" O/C AT PANEL EDGES AND 6" O/C IN THE FIELD.

4.3 ROOF PANELS SHALL BE CONSTRUCTED WITH APA RATED SHEATHING. SHEATHING SHALL BE ATTACHED WITH 10d RING SHANK NAILS @4" O/C AT PANEL EDGES AND AT 6" O/C IN THE FIELD.

4.4 NAIL HEADS SHALL NOT PENETRATE THE OUTER SURFACE OF SHEATHING.

5. FABRICATED WOOD TRUSSES

5.1 DESIGN OF WOOD TRUSSES SHALL BE THE SOLE RESPONSIBILITY OF THE CONTRACTOR. SUBMIT SHOP DRAWINGS, DESIGN LOAD DATA, AND SUPPORT REACTIONS SEALED BY AN ENGINEER LICENSED IN THE PROJECT STATE. REVIEW OF SHOP DRAWINGS SHALL BE FOR CONFORMANCE WITH THE CONTRACT DOCUMENTS WITH REGARD TO TRUSS CONFIGURATION, AND THE CONTRACTOR'S INTERPRETATION OF DESIGN LOADS AND DETAILS. SUCH REVIEW SHALL NOT RELIEVE THE CONTRACTOR OF THE FULL RESPONSIBILITY FOR THE DESIGN OF THE TRUSSES OR TRUSS CONNECTIONS NOT SPECIFICALLY DETAILED IN THE CONTRACT DOCUMENTS.

5.2 ERECTION AND TEMPORARY BRACING OF PREFABRICATED WOOD TRUSSES SHALL BE IN CONFORMANCE WITH THE RECOMMENDATIONS OF THE TRUSS MANUFACTURER AND THE TRUSS PLATE INSTITUTE'S "BRACING WOOD TRUSSES: COMMENTARY AND RECOMMENDATIONS".

5.3 SECURE EACH COMMON ROOF TRUSS/RAFTER TO TOP PLATE WITH SIMPSON H-10 OR H-7 HURRICANE CLIP AT ALL BEARING POINTS. USE SIMPSON H-7 AT GIRDER TRUSSES. PROVIDE A MINIMUM OF TWO STUDS UNDER GIRDER TRUSS END BEARING.

5.4 TRUSSES ON SITE PRIOR TO INSTALLATION SHALL BE STORED IN A VERTICAL POSITION WITH SUPPORT POINTS PROVIDED AT FINAL BEARING POINTS AND BRACED TO AVOID TIPPING.

5.5 INSTALLATION OF ALL TRUSSES SHALL BE DONE USING A SPREADER BAR WITH A THREE POINT VERTICAL PICK AND CARE IS TO BE USED IN LIFTING TO MINIMIZE HORIZONTAL BENDING.

5.6 IMPROPER HANDLING OF THE TRUSSES AS NOTED ABOVE AND IN THE SPECIFICATIONS SHALL MEAN REMOVAL OF THE TRUSSES FROM THE JOB SITE.

5.7 DOUBLE TRUSSES SHALL BE NAILED TOGETHER W/ 10D @12" O.C. EACH SIDE, TOP AND BOTTOM CHORDS & WEBS.

5.8 SEE DIVISION SIX OF THE SPECIFICATIONS FOR DETAILS ON TRUSS MANUFACTURING AND NAILING.

5.9 TRUSS TO TRUSS CONNECTIONS SHALL BE VERIFIED BY THE TRUSS DESIGNER.

5.10 EXPOSED TRUSSES SHALL BE DELIVERED TO THE JOB SITE UNBLEMISHED AND SUITABLE FOR FIELD PAINTING.

5.11 CONTRACTOR TO REFER TO "STANDARD FOR HURRICANE RESISTANT CONSTRUCTION SSTD 10-99 FOR FRAMING REQUIREMENTS OF WOOD FRAMED WALL SYSTEMS, TABLE 305C AND FIGURE 306D.

5.12 FLOOR TRUSS LOADS:
FLOOR TRUSSES SHALL BE DESIGNED FOR THE FOLLOWING LOADS UNLESS A SPECIAL LOADING PATTERN IS PROVIDED BY THE STRUCTURAL ENGINEER OF RECORD.
TOP CHORD LIVE LOAD 40 PSF
TOP CHORD DEAD LOAD 25 PSF
BOTTOM CHORD DEAD LOAD 10 PSF
TOTAL 75 PSF

5.13 ROOF TRUSS LOADS:
ROOF TRUSSES SHALL BE DESIGNED FOR THE FOLLOWING LOADS UNLESS A SPECIAL LOADING PATTERN IS PROVIDED BY THE STRUCTURAL ENGINEER OF RECORD.
TOP CHORD LIVE LOAD 20 PSF
TOP CHORD DEAD LOAD 15 PSF
BOTTOM CHORD DEAD LOAD 10 PSF
TOTAL 45 PSF

6. CONNECTIONS

6.1 CONNECTIONS FOR STRUCTURAL TIMBER SHALL BE GALVANIZED STRONG TIE CONNECTORS BY THE SIMPSON COMPANY OR APPROVED EQUAL. CONNECTORS SHALL FOLLOW MANUF. CORROSION PROTECTION RECOMMENDATIONS.

6.2 THE NUMBER OF FASTENERS PER CONNECTION SHALL BE THE MAX. ALLOWED FOR THAT PARTICULAR FASTENER.

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:

STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | 3/16" = 1'-0" |

| Issued for: | Date |
|---|---|

Revision Schedule

GENERAL NOTES

S1.01

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT. : ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECT'S WRITTEN CONSENT.




1 TYPICAL GARAGE DOOR OPENING1
1/2" = 1'-0"

| OPENING SIZE | NO. OF JAMB STUDS | NO. OF JACK STUDS | NO. OF HEADER STRAPS | NO. OF JAMB STUD TIES | OPENING HOLD DOWN | CORNER HOLD DOWN |
|---|---|---|---|---|---|---|
| 8' | 2 | 2 | 2 | 2 | HDU2-SDS2.5 | HDU2-SDS2.5 |
| 7' | 2 | 2 | 2 | 2 | HDU2-SDS2.5 | HDU2-SDS2.5 |
| 6' | 2 | 2 | 2 | 2 | HDU2-SDS2.5 | HDU2-SDS2.5 |
| 5' | 2 | 1 | 1 | 1 | HDU2-SDS2.5 | HDU2-SDS2.5 |
| 4' | 1 | 1 | 1 | 1 | HDU2-SDS2.5 | HDU2-SDS2.5 |
| 3' | 1 | 1 | 1 | 1 | HDU2-SDS2.5 | HDU2-SDS2.5 |




2 WALL CONNECTION DETAIL1
1/2" = 1'-0"



FIGURE R704.2.1




FIGURE R704.2.2

VINYL SOFFIT NOTES:
VINYL SOFFIT PANELS SHALL BE INSTALLED USING FASTENERS SPECIFIED BY THE MANUFACTURER AND SHALL BE FASTENED AT BOTH ENDS TO A SUPPORTING COMPONENT SUCH AS A NAILING STRIP, FASCIA OR SUBFASCIA COMPONENT IN ACCORDANCE WITH FIGURE R704.2.1.

WHERE THE UNSUPPORTED SPAN OF SOFFIT PANELS IS GREATER THAN 12 INCHES, INTERMEDIATE NAILING STRIPS SHALL BE PROVIDED IN ACCORDANCE WITH FIGURE R704.2.2 UNLESS A LARGER SPAN IS PERMITTED IN ACCORDANCE WITH THE MANUFACTURER'S PRODUCT APPROVAL SPECIFICATION.

VINYL SOFFIT PANELS SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S PRODUCT APPROVAL SPECIFICATION AND LIMITATIONS OF USE.
FASCIA COVERS SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S PRODUCT APPROVAL SPECIFICATION AND LIMITATIONS OF USE.




3 FLITCHED BEAM
1" = 1'-0"

DOUBLE TOP PLATE NOTES:
- WOOD STUD WALLS SHALL BE CAPPED WITH A DOUBLE TOP PLATE INSTALLED TO PROVIDE OVERLAPPING AT CORNERS AND INTERSECTIONS WITH BEARING PARTITIONS. END JOINTS IN TOP PLATES SHALL BE OFFSET NOT LESS THAN 24 INCHES.
- JOINTS IN PLATES NEED NOT OCCUR OVER STUDS.
- PLATES SHALL BE NOT LESS THAN 2-INCHES NOMINAL THICKNESS AND HAVE A WIDTH NOT LESS THAN THE WIDTH OF THE STUDS.

SPLICE PLATES SCHEDULE
- SPLICE AT CORNERS OR INTERSECTIONS:

SPLICE PLATE SIZE: 3" X 8" BY 0.036" GALVANIZED STEEL PLATE OR EQUIVALENT
MINIMUM NAILS: (9) 8D BOX (21/2" · 0.113") NAILS
- BUTT JOINTS IN STRAIGHT WALLS:

SPLICE PLATE SIZE: 3" X 16" BY 0.036" GALVANIZED STEEL PLATE OR EQUIVALENT
MINIMUM NAILS: (18) 8D BOX (21/2" · 0.113") NAILS

TYPICAL WALL CONNECTIONS NOTES:
1. ALL CONNECTORS SPECIFIED ARE BY SIMPSON STRONG-TIE
2. DO NOT OVERLAP RAFTER CONNECTORS AND STUD CONNECTORS, SUBSTITUTE H10S FOR BOTH CONNECTORS IN THESE LOCATIONS.
3. INSTALLER MUST FOLLOW ALL MANUFACTURER'S RECOMMENDATIONS/INSTALLATION PROCEDURES.
4. IF TWO FASTENING PATTERNS ARE AVAILABLE, INSTALLER MUST USE THE PATTERN THAT YIELDS THE HIGHEST ALLOWABLE LOAD.

5. CONTRACTOR MAY CHOOSE TO USE 1/2" ALL THREAD RODS ANCHOR SYSTEM. ALL -THREAD ROD SYSTEM TO BE PLACED 12" ON EACH SIDE OF ALL OPENING AND CORNERS AND 48" OC IN BETWEEN. HEADER STRAPPING IS STILL REQUIRED.

TYPICAL BEAM TO WALL CONNECTIONS NOTES:
1. INSTALL BEAM INTO FRAMED WALLS USING DOUBLE STUD PACK, MIN. (OR AS REQUIRED TO ACHIEVE FULL BEARING) AND (2) KING STUDS. ATTACH HEADER TO KING STUDS WITH (2) 1/2" LAG SCREWS (OR) (2) DIAGONAL SIMPSON MSTA24 (OR) (2) SIMPSON HTS24. INSTALL SIMPSON HDU2-SDS2.5 AT FOUNDATION CONNECTION. TYP.

CORNER AND PARTITION POSTS



NOTE: A THIRD STUD AND/OR PARTITION INTERSECTION BACKING STUDS SHALL BE PERMITTED TO BE OMITTED THROUGH THE USE OF WOOD BACKUP CLEATS, METAL DRYWALL CLIPS OR OTHER APPROVED DEVICES THAT WILL SERVE AS ADEQUATE BACKING FOR THE FACING MATERIALS.

DRILLING AND NOTCHING NOTES

NOTCHING. ANY STUD IN AN EXTERIOR WALL OR BEARING PARTITION SHALL BE PERMITTED TO BE CUT OR NOTCHED TO A DEPTH NOT EXCEEDING 25 PERCENT OF ITS WIDTH. STUDS IN NONBEARING PARTITIONS SHALL BE PERMITTED TO BE NOTCHED TO A DEPTH NOT TO EXCEED 40 PERCENT OF A SINGLE STUD WIDTH.
DRILLING. ANY STUD SHALL BE PERMITTED TO BE BORED OR DRILLED, PROVIDED THAT THE DIAMETER OF THE RESULTING HOLE IS NOT MORE THAN 60 PERCENT OF THE STUD WIDTH, THE EDGE OF THE HOLE IS NOT MORE THAN 5/8 INCH (16 MM) TO THE EDGE OF THE STUD, AND THE HOLE IS NOT LOCATED IN THE SAME SECTION AS A CUT OR NOTCH. STUDS LOCATED IN EXTERIOR WALLS OR BEARING PARTITIONS DRILLED OVER 40 PERCENT AND UP TO 60 PERCENT SHALL BE DOUBLED WITH NOT MORE THAN TWO SUCCESSIVE DOUBLED STUDS BORED. SEE FIGURES R602.6(1) AND R602.6(2).

DRILLING OR NOTCHING OF THE TOP PLATE
WHEN PIPING OR DUCTWORK IS PLACED IN OR PARTLY IN AN EXTERIOR WALL OR INTERIOR LOAD-BEARING WALL, NECESSITATING CUTTING, DRILLING OR NOTCHING OF THE TOP PLATE BY MORE THAN 50 PERCENT OF ITS WIDTH, A GALVANIZED METAL TIE NOT LESS THAN 0.054 INCH THICK (1.37 MM) (16 GA) AND 11/2 INCHES (38 MM) WIDE SHALL BE FASTENED ACROSS AND TO THE PLATE AT EACH SIDE OF THE OPENING WITH NOT LESS THAN EIGHT 10D (0.148 INCH DIAMETER) NAILS HAVING A MINIMUM LENGTH OF 11/2 INCHES (38 MM) AT EACH SIDE OR EQUIVALENT. THE METAL TIE MUST EXTEND A MINIMUM OF 6 INCHES PAST THE OPENING.

FASTENING SCHEDULE NOTES:
For SI: 1 inch = 25.4 mm, 1 foot = 304.8 mm, 1 mile per hour = 0.447 m/s; 1 ksi = 6.895 MPa.
1. Nails are smooth-common, box or deformed shanks except where otherwise stated. Nails used for framing and sheathing connections shall have minimum average bending yield strengths as shown: 80 ksi for shank diameter of 0.192 inch (20d common nail), 90 ksi for shank diameters larger than 0.142 inch but not larger than 0.177 inch, and 100 ksi for shank diameters of 0.142 inch or less.
2. Staples are 16 gage wire and have a minimum 7/16-inch on diameter crown width.
3. Nails shall be spaced at not more than 6 inches on center at all supports where spans are 48 inches or greater.
4. Four-foot by 8-foot or 4-foot by 9-foot panels shall be applied vertically.
5. Spacing of fasteners not included in this table shall be based on Table R602.3(2).
6. Where the ultimate design wind speed is 130 mph or less, nails for attaching wood structural panel roof sheathing to gable end wall framing shall be spaced 6 inches on center. Where the ultimate design wind speed is greater than 130 mph, nails for attaching panel roof sheathing to intermediate supports shall be spaced 6 inches on center for minimum 48-inch distance from ridges, eaves and gable end walls; and 4 inches on center to gable end wall framing.
7. Gypsum sheathing shall conform to ASTM C1396 and shall be installed in accordance with GA 253. Fiberboard sheathing shall conform to ASTM C208.
8. Spacing of fasteners on floor sheathing panel edges applies to panel edges supported by framing members and required blocking and at floor perimeters only. Spacing of fasteners on roof sheathing panel edges applies to panel edges supported by framing members and required blocking. Blocking of roof or floor sheathing panel edges perpendicular to the framing members need not be provided except as required by other provisions of this code. Floor perimeter shall be supported by framing members or solid blocking.
9. Where a rafter is fastened to an adjacent parallel ceiling joist in accordance with this schedule, provide two toe nails on one side of the rafter and toe nails from the ceiling joist to top plate in accordance with this schedule. The toe nail on the opposite side of the rafter shall not be required.

FASTENING SCHEDULE

| ITEM | DESCRIPTION OF BUILDING ELEMENTS | NUMBER AND TYPE OF FASTENER[a, b, c] | SPACING AND LOCATION |
|---|---|---|---|
| **Roof** | | | |
| 1 | Blocking between ceiling joists or rafters to top plate | 4-8d box (2 1/2" × 0.113") or 3-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | Toe nail |
| 2 | Ceiling joists to top plate | 4-8d box (2 1/2" × 0.113"); or 3-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | Per joist, toe nail |
| 3 | Ceiling joist not attached to parallel rafter, laps over partitions | 4-10d box (3" × 0.128"); or 3-16d common (3 1/2" × 0.162"); or 4-3" × 0.131" nails | Face nail |
| 4 | Ceiling joist attached to parallel rafter (heel joint) | Table R802.5.1(9) FBC2017 | Face nail |
| 5 | Collar tie to rafter, face nail or 1 1/4" × 20 ga. ridge strap to rafter | 4-10d box (3" × 0.128"); or 3-10d common (3" × 0.148"); or 4-3" × 0.131" nails | Face nail each rafter |
| 6 | Rafter or roof truss to plate | 3-16d box nails (3 1/2" × 0.135"); or 3-10d common nails (3" × 0.148"); or 4-10d box (3" × 0.128"); or 4-3" × 0.131" nails | 2 toe nails on one side and 1 toe nail on opposite side of each rafter or truss[i] |
| 7 | Roof rafters to ridge, valley or hip rafters or roof rafter to minimum 2" ridge beam | 4-16d (3 1/2" × 0.135"); or 3-10d common (3 1/2" × 0.148"); or 4-10d box (3" × 0.128"); or 4-3" × 0.131" nails | Toe nail |
| | | 3-16d box 3 1/2" × 0.135"); or 2-16d common (3 1/2" × 0.162"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | End nail |
| **Wall** | | | |
| 8 | Stud to stud (not at braced wall panels) | 16d common (3 1/2" × 0.162") | 24" o.c. face nail |
| | | 10d box (3" × 0.128"); or 3" × 0.131" nails | 16" o.c. face nail |
| 9 | Stud to stud and abutting studs at intersecting wall corners (at braced wall panels) | 16d box (3 1/2" × 0.135"); or 3" × 0.131" nails | 12" o.c. face nail |
| | | 16d common (3 1/2" × 0.162") | 16" o.c. face nail |
| 10 | Built-up header (2" to 2" header with 1/2" spacer) | 16d common (3 1/2" × 0.162") | 16" o.c. each edge face nail |
| | | 16d box (3 1/2" × 0.135") | 12" o.c. each edge face nail |
| 11 | Continuous header to stud | 5-8d box (2 1/2" × 0.113"); or 4-8d common (2 1/2" × 0.131"); or 4-10d box (3" × 0.128") | Toe nail |
| 12 | Top plate to top plate | 16d common (3 1/2" × 0.162") | 16" o.c. face nail |
| | | 10d box (3" × 0.128"); or 3" × 0.131" nails | 12" o.c. face nail |
| 13 | Double top plate splice for SDCs A-D$_2$ with seismic braced wall line spacing < 25' | 8-16d common (3 1/2" × 0.162"); or 12-16d box (3 1/2" × 0.135"); or 12-10d box (3" × 0.128"); or 12-3" × 0.131" nails | Face nail on each side of end joint (minimum 24" lap splice length each |
| | Double top plate splice SDCs D$_0$, D$_1$, or D$_2$; and braced wall line spacing ≥ 25' | 12-16d (3 1/2" × 0.135") | side of end joint) |
| 14 | Bottom plate to joist, rim joist, band joist or blocking (not at braced wall panels) | 16d common (3 1/2" × 0.162") | 16" o.c. face nail |
| | | 16d box (3 1/2" × 0.135"); or 3" × 0.131" nails | 12" o.c. face nail |
| 15 | Bottom plate to joist, rim joist, band joist or blocking (at braced wall panel) | 3-16d box (3 1/2" × 0.135"); or 2-16d common (3 1/2" × 0.162"); or 4-3" × 0.131" nails | 3 each 16" o.c. face nail 2 each 16" o.c. face nail4 each 16" o.c. face nail |
| 16 | Top or bottom plate to stud | 4-8d box (2 1/2" × 0.113"); or 3-16d box (3 1/2" × 0.135"); or 4-8d common (2 1/2" × 0.131"); or 4-10d box (3" × 0.128"); or 4-3" × 0.131" nails | Toe nail |
| | | 3-16d box (3 1/2" × 0.135"); or 2-16d common (3 1/2" × 0.162"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | End nail |
| 17 | Top plates, laps at corners and intersections | 3-10d box (3" × 0.128"); or 2-16d common (3 1/2" × 0.162"); or 3-3" × 0.131" nails | Face nail |
| 18 | 1" brace to each stud and plate | 3-8d box (2 1/2" × 0.113"); or 2-8d common (2 1/2" × 0.131"); or 2-10d box (3" × 0.128"); or 2 staples 1 3/4" | Face nail |
| 19 | 1" × 6" sheathing to each bearing | 3-8d box (2 1/2" × 0.113"); or 2-8d common (2 1/2" × 0.131"); or 2-10d box (3" × 0.128"); or 2 staples, 1" crown, 16 ga., 1 3/4" long | Face nail |
| 20 | 1" × 8" and wider sheathing to each bearing | 3-8d box (2 1/2" × 0.113"); or 3-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 3 staples, 1" crown, 16 ga., 1 3/4" long Wider than 1" × 8" 4-8d box (2 1/2" × 0.113"); or 3-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 4 staples, 1" crown, 16 ga., 1 3/4" long | Face nail |
| **Floor** | | | |
| 21 | Joist to sill, top plate or girder | 4-8d box (2 1/2" × 0.113"); or 3-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | Toe nail |
| 22 | Rim joist, band joist or blocking to sill or top plate (roof applications also) | 8d box (2 1/2" × 0.113") | 4" o.c. toe nail |
| | | 8d common (2 1/2" × 0.131"); or 10d box (3" × 0.128"); or 3" × 0.131" nails | 6" o.c. toe nail |
| 23 | 1" × 6" subfloor or less to each joist | 3-8d box (2 1/2" × 0.113"); or 2-8d common (2 1/2" × 0.131"); or 3-10d box (3" × 0.128"); or 2 staples, 1" crown, 16 ga., 1 3/4" long | Face nail |
| 24 | 2" subfloor to joist or girder | 3-16d box (3 1/2" × 0.135"); or 2-16d common (3 1/2" × 0.162") | Blind and face nail |
| 25 | 2" planks (plank & beam—floor & roof) | 3-16d box (3 1/2" × 0.135"); or 2-16d common (3 1/2" × 0.162") | At each bearing, face nail |
| 26 | Band or rim joist to joist | 3-16d common (3 1/2" × 0.162") 4-10 box (3" × 0.128"), or 4-3" × 0.131" nails; or 4-3" × 14 ga. staples, 7/16" crown | End nail |
| 27 | Built-up girders and beams, 2-inch lumber layers | 20d common (4" × 0.192"); or 10d box (3" × 0.128"); or 3" × 0.131" nails | Nail each layer as follows: 32" o.c. at top and bottom and staggered. 24" o.c. face nail at top and bottom staggered on opposite sides |
| | | And: 2-20d common (4" × 0.192"); or 3-10d box (3" × 0.128"); or 3-3" × 0.131" nails | Face nail at ends and at each splice |
| 28 | Ledger strip supporting joists or rafters | 4-16d box (3 1/2" × 0.135"); or 3-16d common (3 1/2" × 0.162"); or 4-10d box (3" × 0.128"); or 4-3" × 0.131" nails | At each joist or rafter, face nail |
| 29 | Bridging to joist | 2-10d (3" × 0.128") | Each end, toe nail |

| ITEM | DESCRIPTION OF BUILDING ELEMENTS | NUMBER AND TYPE OF FASTENER[a, b, c] | SPACING OF FASTENERS Edges (inches)[h] | Intermediate supports[c, e] (inches) |
|---|---|---|---|---|
| **Wood structural panels, subfloor, roof and interior wall sheathing to framing and particleboard wall sheathing to framing [see attached drawingsfor wood structural panel exterior wall sheathing to wall framing]** | | | | |
| 30 | 3/8" — 1/2" | 6d common (2" × 0.113") nail (subfloor, wall)[i] 8d common (2 1/2" × 0.131") nail (roof) | 6 | 12[f] |
| 31 | 19/32" — 1" | 8d common nail (2 1/2" × 0.131") | 6 | 12[f] |
| 32 | 1 1/8" — 1 1/4" | 10d common (3" × 0.148") nail; or 8d (2 1/2" × 0.131") deformed nail | 6 | 12 |
| **Other wall sheathing[g]** | | | | |
| 33 | 1/2" structural cellulosic fiberboard sheathing | 1 1/2" galvanized roofing nail, 7/16" head diameter, or 1" crown staple 16 ga., 1 1/4" long | 3 | 6 |
| 34 | 25/32" structural cellulosic fiberboard sheathing | 1 3/4" galvanized roofing nail, 7/16" head diameter, or 1" crown staple 16 ga., 1 1/4" long | 3 | 6 |
| 35 | 1/2" gypsum sheathing[d] | 1 1/2" galvanized roofing nail; staple galvanized, 1 1/2" long; 1 1/4" screws, Type W or S | 7 | 7 |
| 36 | 5/8" gypsum sheathing[d] | 1 3/4" galvanized roofing nail; staple galvanized, 1 5/8" long; 1 5/8" screws, Type W or S | 7 | 7 |
| **Wood structural panels, combination subfloor underlayment to framing** | | | | |
| 37 | 3/4" and less | 6d deformed (2" × 0.120") nail; or 8d common (2 1/2" × 0.131") nail | 6 | 12 |
| 38 | 7/8" — 1" | 8d common (2 1/2" × 0.131") nail; or 8d deformed (2 1/2" × 0.120") nail | 6 | 12 |
| 39 | 1 1/8" — 1 1/4" | 10d common (3" × 0.148") nail; or 8d deformed (2 1/2" × 0.120") nail | 6 | 12 |


architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com


seal:
STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

FRAMING NOTES

S1.02

2/13/2024 6:56:54 PM

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT. : ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECT'S WRITTEN CONSENT.




4 FOUNDATION
1/4" = 1'-0"




1 GARAGE GARAGE WALL EXTERIOR
1" = 1'-0"




2 PORCH - INTERIOR WALL SECTION
1" = 1'-0"




3 DETAIL - BACK PORCH FOOTING
1" = 1'-0"




6 GRADE BEAM SECTION
1" = 1'-0"




5 FOOTING DETAIL
1" = 1'-0"

2/13/2024 6:56:55 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:
STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

FOUNDATION PLAN
S2.01

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




1 BACK PORCH BEAM
1" = 1'-0"




3 BEAM TO WALL CONNECTION
1 1/2" = 1'-0"




2 2ND FLR. - FRAMING
1/4" = 1'-0"

2/13/2024 6:56:55 PM

architect of record :

Architect FL - AR99272
Architetti Firenze - 5773
ADESSI

1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665

www.AntonioAdessi.Com

seal:

STATE OF FLORIDA
ANTONIO ADESSI
AR99272
REGISTERED ARCHITECT

2/11/2024

seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.

Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

Issued for: Date

Revision Schedule

FRAMING PLANS

S2.02

Copyright 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.




| CONT. JAMB STUDS AT WALLS | UP TO 3'-0" R.O. | | 3'-1" TO 6'-0" R.O. | | 6'-1" TO 10'-0" R.O. | | 10'-1" TO 13'-0" R.O. | |
|---|---|---|---|---|---|---|---|---|
| | CONT. | JACK | CONT. | JACK | CONT. | JACK | CONT. | JACK |
| 2X6 WALL 1ST FLOOR | 2-2X6 | 1-2X6 | 3-2X6 | 2-2X6 | 4-2X6 | 2-2X6 | 5-2X6 | 3-2X6 |
| 2X6 WALL 2ND FLOOR | 1-2X6 | 1-2X6 | 2-2X6 | 2-2X6 | 4-2X6 | 2-2X6 | 5-2X6 | 3-2X6 |

TYP. WALL FRAMING @ HEADERS
SCALE: NONE




TYP. WALL FRAMING DETAIL




THREADED ROD HOLDOWN DETAIL
SCALE: NONE

2 Structural Notes Page 2
1/4" = 1'-0"




1 ROOF PLAN - FRAMING
1/4" = 1'-0"




3 TYP. WIN. JAMB - WOOD
3" = 1'-0"

2/13/2024 6:56:56 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:




2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE. PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | As indicated |

| Issued for: | Date |
|---|---|

Revision Schedule

FRAMING PLANS

S2.03

Copyright: 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.

# MecaWind v2459

Developed by Meca Enterprises Inc., www.mecaenterprises.com, Copyright © 2024

**Calculations Prepared by:**
Date: Feb 03, 2024
File Location: Current Project Not Saved

**General:**

| | | | |
|---|---|---|---|
| Wind Load Standard | = FBC 2023 | Basic Wind Speed | = 150.0 mph |
| Exposure Classification | = C | Risk Category | = III |
| Structure Type | = Building | Design Basis for Wind Pressures | = ASD |
| Calculate Tornado Loads on Structure | = False | MWFRS Analysis Method | = Ch 28 |
| (Ult Version Only) | | | |
| C&C Analysis Method | = Ch 30 Pt 1 | Dynamic Type of Structure | = Rigid |
| Show Advanced Options | = 0 | | |

**Wind Speed Basis to be used in calculations:**
V = Convert to ASD wind speed: $V_{ult} \cdot 0.6^{0.5}$ [Eqn 16-17] = 116.2 mph

**Building:**

| | | | | | |
|---|---|---|---|---|---|
| Roof | = Roof Type | = Hipped | Encl | = Enclosure Classification | = Enclosed |
| Help | = Help on Building Roof Type | = Help | Pitch | = Pitch of Roof | = 8.0 :12 |
| θ | = Slope of Roof | = 33.69 Deg | $R_{Ht}$ | = Ridge Height | = 33.667 ft |
| $E_{Ht}$ | = Eave Height | = 23.000 ft | W | = Building Width | = 40.000 ft |
| L | = Building Length | = 56.000 ft | HipLen | = Ridge Hipped Length | = 17.000 ft |
| EndSlope | = Hipped End Slope of Roof | = 28.68 Deg | OH | = Type of Overhang | = All Overhang |
| Par | = Parapet | = None | $HT_{over}$ | = Override Mean Roof Height | = True |
| $Ht_{man}$ | = Mean Roof Height | = 28.000 ft | $RA_{over}$ | = Override Roof Area | = False |
| $GC_{pi_o}$ | = Override $GC_{pi}$ value | = False | IsElev | = Building is Elevated | = False |

**Exposure Constants [Tbl 26.11-1]:**

| | | | |
|---|---|---|---|
| α = 3-s Gust-speed exponent | = 9.800 | $Z_g$ = Nominal Ht of Boundary Layer | = 2460.000 ft |
| â = Reciprocol of α | = 0.102 | b = 3 sec gust speed factor | = 1.000 |
| $\alpha_m$ = Mean hourly Wind-Speed Exponent | = 0.156 | $b_m$ = Mean hourly Windspeed Exponent | = 0.660 |
| c = Turbulence Intensity Factor | = 0.200 | ε = Integral Length Scale Exponent | = 0.2000 |

**Overhang Inputs:**
Std = Overhangs on all sides are the same = True
OHType = Type of Roof Wall Intersections = Overhang
OH = Overhang of Roof Beyond Wall = 1.500 ft

## Main Wind Force Resisting System (MWFRS) Calculations per Ch 28 Pt 1

| | | |
|---|---|---|
| h | = Mean structure height | = 28.000 ft |
| $K_h$ | = $2.41 \cdot (Z/Z_g)^{2/\alpha}$ [Tbl 26.10-1] | = 0.967 |
| $K_{zt}$ | = No Topographic feature specified | = 1.000 |
| $K_d$ | = Wind Directionality Factor per Tbl 26.6-1 | = 0.85 |
| $+GC_{pi}$ | = Enclosed Positive Internal Pressure Tbl 26.13-1 | = +0.18 |
| $-GC_{pi}$ | = Enclosed Negative Internal Pressure Tbl 26.13-1 | = -0.18 |
| LF | = Load Factor based upon ASD Design | = 0.60 |
| $K_e$ | = Ground Elev Factor [Tbl 26.9-1] | = 1.000 |
| $q_h$ | = $0.00256 \cdot K_h \cdot K_{zt} \cdot K_e \cdot V^2 * LF$ [Eq 26.10-1] | = 33.41 psf |
| Slope | = Slope of Roof | = 33.69 Deg |
| $q_h$ | = $0.00256 \cdot K_h \cdot K_{zt} \cdot K_e \cdot V^2 * LF$ [Eq 26.10-1] | = 33.41 psf |
| LHD | = Least Horizontal Dimension: Min(B, L) | = 40.000 ft |
| $a_1$ | = Min(0.1•LHD, 0.4•h) | = 4.000 ft |
| a | = Max($a_1$, 0.04•LHD, 3 ft [0.9 m]) | = 4.000 ft |
| 2a | = 2 x a dimension used for E zones | = 8.000 ft |

| | | |
|---|---|---|
| h | = Mean structure height | = 28.000 ft |
| $K_h$ | = $2.41 \cdot (Z/Z_g)^{2/\alpha}$ | = 0.967 |
| $K_{zt}$ | = No Topographic feature specified | = 1.000 |
| $K_d$ | = Wind Directionality Factor per Tbl 26.6-1 | = 0.85 |
| $+GC_{pi}$ | = Enclosed Positive Internal Pressure Tbl 26.13-1 | = +0.18 |
| $-GC_{pi}$ | = Enclosed Negative Internal Pressure Tbl 26.13-1 | = -0.18 |
| LF | = Load Factor based upon ASD Design | = 0.60 |
| $K_e$ | = Ground Elev Factor [Tbl 26.9-1] | = 1.000 |
| $q_h$ | = $0.00256 \cdot K_h \cdot K_{zt} \cdot K_e \cdot V^2 * LF$ [Eq 26.10-1] | = 33.41 psf |
| LHD | = Least Horizontal Dimension: Min(B, L) | = 40.000 ft |
| $a_1$ | = Min(0.1•LHD, 0.4•h) | = 4.000 ft |
| a | = Max($a_1$, 0.04•LHD, 3 ft [0.9 m]) | = 4.000 ft |
| h/B | = Ratio of mean roof height to least horizontal dim: h/B | = 0.700 |




### Wind Pressure Summary for C&C Roof & Wall based Upon Areas Ch 30 Pt 1 (Table 1 of 2)
All wind pressures include a Load Factor (LF) of 0.6

| Zone | Figure | Pos A ≤ 10 ft² psf | Neg A ≤ 10 ft² psf | Pos A = 20 ft² psf | Neg A = 20 ft² psf | Pos A = 50 ft² psf | Neg A = 50 ft² psf |
|---|---|---|---|---|---|---|---|
| 1 | 30.3-2G | 24.99 | -45.93 | 21.57 | -40.16 | 17.05 | -32.54 |
| 2 | 30.3-2G | 24.99 | -59.80 | 21.57 | -51.25 | 17.05 | -39.95 |
| 3 | 30.3-2G | 24.99 | -66.13 | 21.57 | -56.31 | 17.05 | -43.33 |
| 4 | 30.3-1 | 33.51 | -36.35 | 32.00 | -34.84 | 30.01 | -32.85 |
| 5 | 30.3-1 | 33.51 | -44.87 | 32.00 | -41.85 | 30.01 | -37.86 |
| 1_OH | 30.3-2G/30.3-1 | 9.60 | -69.22 | 9.60 | -61.94 | 9.60 | -52.32 |
| 2_OH | 30.3-2G/30.3-1 | 9.60 | -83.09 | 9.60 | -73.03 | 9.60 | -59.73 |
| 3_OH | 30.3-2G/30.3-1 | 9.60 | -89.42 | 9.60 | -78.09 | 9.60 | -63.12 |

### Wind Pressure Summary for C&C Roof & Wall based Upon Areas Ch 30 Pt 1 (Table 2 of 2)
All wind pressures include a Load Factor (LF) of 0.6

| Zone | Figure | Pos A = 100 ft² psf | Neg A = 100 ft² psf | Pos A = 200 ft² psf | Neg A = 200 ft² psf | Pos A > 500 ft² psf | Neg A > 500 ft² psf |
|---|---|---|---|---|---|---|---|
| 1 | 30.3-2G | 13.63 | -26.78 | 13.63 | -26.78 | 13.63 | -26.78 |
| 2 | 30.3-2G | 13.63 | -31.40 | 13.63 | -31.40 | 13.63 | -31.40 |
| 3 | 30.3-2G | 13.63 | -33.51 | 13.63 | -33.51 | 13.63 | -33.51 |
| 4 | 30.3-1 | 28.50 | -31.34 | 26.99 | -29.83 | 24.99 | -27.83 |
| 5 | 30.3-1 | 28.50 | -34.84 | 26.99 | -31.82 | 24.99 | -27.83 |
| 1_OH | 30.3-2G/30.3-1 | 9.60 | -45.05 | 9.60 | -43.54 | 9.60 | -41.54 |
| 2_OH | 30.3-2G/30.3-1 | 9.60 | -49.67 | 9.60 | -48.16 | 9.60 | -46.17 |
| 3_OH | 30.3-2G/30.3-1 | 9.60 | -51.79 | 9.60 | -50.28 | 9.60 | -48.28 |

* A is effective wind area for C&C: Span Length * Effective Width
* Effective width need not be less than 1/3 of the span length
* Maximum and minimum values of pressure shown.
* + Pressures acting toward surface, - Pressures acting away from surface

### WINDOW DESIGN PRESSURES

| UNIT | Width | Height | Area | DESIGN PRESSURES |
|---|---|---|---|---|
| A | 2' - 6" | 8' - 0" | 20 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| B | 2' - 6" | 6' - 0" | 15 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| G | 2' - 0" | 6' - 0" | 12 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| K | 2' - 0" | 6' - 0" | 12 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| R | 3' - 0" | 2' - 0" | 6 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| T | 2' - 0" | 5' - 0" | 10 SF | +32.00 PSF MAX.; -41.85 PSF MIN. |
| U | 2' - 0" | 2' - 0" | 4 SF | +33.51 PSF MAX.; -44.87 PSF MIN. |




### Wind Pressures per Ch 28 Pt 1 [Transverse]
All wind pressures include a Load Factor (LF) of 0.6

| Building Surface | GCpf | GCpi ± | p +GCPi psf | p -GCPi psf |
|---|---|---|---|---|
| 1 | 0.560 | 0.180 | 10.79 | 21.02 |
| 2 | 0.210 | 0.180 | 0.85 | 11.08 |
| 3 | -0.430 | 0.180 | -17.32 | -7.10 |
| 4 | -0.370 | 0.180 | -15.62 | -5.40 |
| 1E | 0.690 | 0.180 | 14.48 | 24.71 |
| 2E | 0.270 | 0.180 | 2.56 | 12.78 |
| 3E | -0.530 | 0.180 | -20.16 | -9.94 |
| 4E | -0.480 | 0.180 | -18.74 | -8.52 |
| 1T | 0.140 | 0.180 | -1.14 | 9.09 |
| 2T | 0.053 | 0.180 | -3.62 | 6.60 |
| 3T | -0.108 | 0.180 | -8.17 | 2.06 |
| 4T | -0.093 | 0.180 | -7.74 | 2.49 |
| 2_OH_End | 0.210 | ±0.00 | 5.96 | 5.96 |
| 2_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2_OH_Side | 0.210 | ±0.00 | 0.85 | 11.08 |
| 2_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3_OH_End | -0.430 | ±0.00 | -12.21 | -12.21 |
| 3_OH_Side | -0.430 | ±0.00 | -17.32 | -7.10 |
| 2E_OH_End | 0.270 | ±0.00 | 7.67 | 7.67 |
| 2E_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2E_OH_Side | 0.270 | ±0.00 | 2.56 | 12.78 |
| 2E_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3E_OH_End | -0.530 | ±0.00 | -15.05 | -15.05 |
| 3E_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3E_OH_Side | -0.530 | ±0.00 | -20.16 | -9.94 |
| 3E_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2T_OH_End | 0.053 | ±0.00 | 1.49 | 1.49 |
| 2T_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2T_OH_Side | 0.053 | ±0.00 | -3.62 | 6.60 |
| 2T_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3T_OH_End | -0.108 | ±0.00 | -3.05 | -3.05 |
| 3T_OH_Side | -0.108 | ±0.00 | -8.17 | 2.06 |

Notes:
p = [Walls and Roof] $q_h \cdot K_d \cdot (GC_{pf} - -GC_{pi})$ [Eq 28.3-1]
[Parapet] $q_p \cdot K_d \cdot (GC_{pn})$ [Eq 28.3-1]
GCpf = External Pressure coefficient from Ch 28 Pt 1
OH = Overhang, End = End of Building, Side = Side of Building, Bottom = Bottom of Overhang
Per Section 28.3.3 the pressure on 'Bottom' is combined with Pressure on Top of Overhang




### Wind Pressures per Ch 28 Pt 1 [Longitudinal]
All wind pressures include a Load Factor (LF) of 0.6

| Building Surface | GCpf | GCpi ± | p +GCPi psf | p -GCPi psf |
|---|---|---|---|---|
| 1 | -0.450 | 0.180 | -17.89 | -7.67 |
| 2 | -0.690 | 0.180 | -24.71 | -14.48 |
| 3 | -0.370 | 0.180 | -15.62 | -5.40 |
| 4 | -0.450 | 0.180 | -17.89 | -7.67 |
| 5 | 0.400 | 0.180 | 6.25 | 16.47 |
| 6 | -0.290 | 0.180 | -13.35 | -3.12 |
| 1E | -0.480 | 0.180 | -18.74 | -8.52 |
| 2E | -1.070 | 0.180 | -35.50 | -25.28 |
| 3E | -0.530 | 0.180 | -20.16 | -9.94 |
| 4E | -0.480 | 0.180 | -18.74 | -8.52 |
| 5E | 0.610 | 0.180 | 12.21 | 22.44 |
| 6E | -0.430 | 0.180 | -17.32 | -7.10 |
| 1T | -0.113 | 0.180 | -8.31 | 1.92 |
| 2T | -0.173 | 0.180 | -10.01 | 0.21 |
| 3T | -0.093 | 0.180 | -7.74 | 2.49 |
| 4T | -0.113 | 0.180 | -8.31 | 1.92 |
| 5T | 0.100 | 0.180 | -2.27 | 7.95 |
| 6T | -0.073 | 0.180 | -7.17 | 3.05 |
| 2_OH_End | -0.690 | ±0.00 | -19.60 | -19.60 |
| 2_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2_OH_Side | -0.690 | ±0.00 | -19.60 | -19.60 |
| 2_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3_OH_End | -0.370 | ±0.00 | -10.51 | -10.51 |
| 3_OH_Side | -0.370 | ±0.00 | -10.51 | -10.51 |
| 2E_OH_End | -1.070 | ±0.00 | -30.39 | -30.39 |
| 2E_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2E_OH_Side | -1.070 | ±0.00 | -30.39 | -30.39 |
| 2E_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3E_OH_End | -0.530 | ±0.00 | -15.05 | -15.05 |
| 3E_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3E_OH_Side | -0.530 | ±0.00 | -15.05 | -15.05 |
| 3E_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2T_OH_End | -0.173 | ±0.00 | -4.90 | -4.90 |
| 2T_OH_End_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 2T_OH_Side | -0.173 | ±0.00 | -4.90 | -4.90 |
| 2T_OH_Side_Bottom | 0.700 | ±0.00 | 19.88 | 19.88 |
| 3T_OH_End | -0.093 | ±0.00 | -2.63 | -2.63 |
| 3T_OH_Side | -0.093 | ±0.00 | -2.63 | -2.63 |

Notes:
p = [Walls and Roof] $q_h \cdot K_d \cdot (GC_{pf} - -GC_{pi})$ [Eq 28.3-1]
[Parapet] $q_p \cdot K_d \cdot (GC_{pn})$ [Eq 28.3-1]
GCpf = External Pressure coefficient from Ch 28 Pt 1
OH = Overhang, End = End of Building, Side = Side of Building, Bottom = Bottom of Overhang
Per Section 28.3.3 the pressure on 'Bottom' is combined with Pressure on Top of Overhang

### Components and Cladding (C&C) Wind Roof & Wall Summary per Ch 30 Pt 1:

h/W = Ratio of mean roof height to building width = 0.700
h/L = Ratio of mean roof height to building length = 0.500




1 NORTH EL. - WIND D.P.
1/8" = 1'-0"




2 EAST EL. DP RATINGS
1/8" = 1'-0"




3 SOUTH EL. DP RATINGS
1/8" = 1'-0"

2/13/2024 6:56:59 PM

architect of record :
Architect FL - AR99272
Architetti Firenze - 5773
ADESSI
1310 Cherry St.
Panama City, FL 32401
Phone: 850.774.81665
www.AntonioAdessi.Com

seal:
STATE OF FLORIDA ANTONIO ADESSI AR99272 REGISTERED ARCHITECT
2/11/2024
seal: Antonio Adessi, Architect
FL - AR99272

ANTONIO ADESSI, STATE OF FLORIDA, REGISTERED ARCHITECT, LICENSE NO. AR99272.
THIS ITEM HAS BEEN DIGITALLY SIGNED AND SEALED BY ANTONIO ADESSI ARCHITECT ON THE DATE ADJACENT TO THE SEAL USING A SHA AUTHENTICATION CODE.
PRINTED COPIES OF THIS DOCUMENT ARE NOT CONSIDERED SIGNED AND SEALED AND THE SIGNATURE MUST BE VERIFIED ON ANY ELECTRONIC COPIES.
Section 471.025, F.S., and Rule 61G15-23.001

project name
21619 DOLPHIN AVENUE

project address:
21619 DOLPHIN AVENUE AVE PANAMA CITY BEACH 32413
BAY COUNTY FL

parcel:
35778-000-000

| | |
|---|---|
| ISSUE DATE: | 2/11/2024 |
| PROJECT NO: | 1409 |
| DRAWN BY: | JAB |
| CHECKED BY: | AA |
| SCALE: | 1/8" = 1'-0" |

| Issued for: | Date |
|---|---|

Revision Schedule

WIND DESIGN PRESSURES
S3.01

Copyright © 2024 BY ANTONIO ADESSI ARCHITECT - ARCHITECT EXPRESSLY RESERVES HIS EXCLUSIVE COMMON LAW COPYRIGHT AND PROPERTY RIGHTS TO THESE DRAWINGS WHICH MAY NOT BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER, NOR ARE THEY TO BE ASSIGNED TO ANY PARTY WITHOUT THE ARCHITECTS WRITTEN CONSENT.