# COMPOSITE EXHIBIT B

**Registration Number**
# VA 2-465-763
**Effective Date of Registration:**
September 27, 2025
**Registration Decision Date:**
November 13, 2025

## Title

**Title of Work:** 21619 Dolphin

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Antonio Adessi
  **Author Created:** architectural work
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Antonio Adessi
1310 Cherry Street, Panama City, FL, 32401

## Rights and Permissions

**Name:** Antonio Adessi
**Email:** info@antonioadessi.com
**Telephone:** (850)774-8166
**Address:** 1310 Cherry Street
Panama City, FL 32401

## Certification

**Name:** Antonio Adessi

**Date**: September 27, 2025

---

**Correspondence:** Yes

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-507-542**

**Effective Date of Registration:**
April 20, 2026

**Registration Decision Date:**
June 15, 2026

## Title

**Title of Work:** 21619 Dolphin

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Badaglia
  **Author Created:** technical drawing

## Copyright Claimant

**Copyright Claimant:** Antonio Adessi
1310 Cherry Street, Panama City, FL, 32401, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Antonio Adessi
**Email:** info@antonioadessi.com
**Telephone:** (850)774-8166
**Address:** 1310 Cherry Street
Panama City, FL 32401 United States

## Certification

**Name:** Cleo Suero, Esq.
**Date:** April 20, 2026

**Applicant's Tracking Number**: 0601.71547

---

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-521-350**
**Effective Date of Registration:**
August 18, 2026
**Registration Decision Date:**
September 16, 2026

## Supplementary Registration

**Supplement To:** VA0002465763, 2025

## Title

**Title of Work:** 21619 Dolphin

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Badaglia
  **Author Created:** architectural work
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Antonio Adessi
1310 Cherry Street, Panama City, FL, 32401, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Antonio Adessi
**Email:** info@antonioadessi.com
**Telephone:** (850)774-8166
**Address:** 1310 Cherry Street

Panama City, FL 32401 United States

## Certification

**Name:** Cleo Suero, Authorized agent of Antonio Adessi
**Date:** August 18, 2026
**Applicant's Tracking Number:** 0601.71547

**Correspondence:** Yes
**Explanation of Corrections:** The registration reflects Antonio Adessi as the author. However, the author's name is Joseph Badaglia. Mr. Badaglia transferred rights to the subject work to Mr. Adessi, by written agreement. That agreement was a work-for-hire and assignment agreement.